KRISTEN L. BOYLES (CSBA #158450)
MICHAEL MAYER (WSBA #32135)
*[Pro Hac Vice Application Pending]*
EARTHJUSTICE
810 Third Avenue, Suite 610
Seattle, WA  98104
(206) 343-7340
kboyles@earthjustice.org
mmayer@earthjustice.org

Timothy J. Preso (MSBA #5255)
*[Pro Hac Vice Application Forthcoming]*
EARTHJUSTICE
313 East Main St.
P.O. Box 4743
Bozeman, MT 59772-4743
(406) 586-9699
tpreso@earthjustice.org

GREGORY C. LOARIE (CSBA #215859)
EARTHJUSTICE
50 California Street, Suite 500
San Francisco, CA  94111
(415) 217-2000
gloarie@earthjustice.org

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEFENDERS OF WILDLIFE, CENTER FOR BIOLOGICAL DIVERSITY, SIERRA CLUB, NATIONAL PARKS CONSERVATION ASSOCIATION, OREGON WILD, and HUMANE SOCIETY OF THE UNITED STATES,<br><br>           Plaintiffs,<br><br>      v.<br><br>U.S. FISH AND WILDLIFE SERVICE; DAVID BERNHARDT, U.S. Secretary of the Interior,<br><br>           Defendants. | Case No. 3:21-cv-344<br><br>CORPORATE DISCLOSURE STATEMENT |

CORPORATE DISCLOSURE STATEMENT - 1 -

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, plaintiffs Defenders of Wildlife, Center for Biological Diversity, Sierra Club, National Parks Conservation Association, Oregon Wild, and Humane Society of The United States (collectively, "Plaintiffs") file this Corporate Disclosure Statement, stating as follows:

1. Plaintiffs have no parent companies, subsidiaries, or affiliates that have issued shares to the public in the United States or abroad.

DATED this 14th day of January, 2021.

Respectfully submitted,

*s/ Kristen L. Boyles*
KRISTEN L. BOYLES (CSBA #158450)
MICHAEL MAYER (WSBA #32135)
*[Pro Hac Vice Application Pending]*
EARTHJUSTICE
810 Third Avenue, Suite 610
Seattle, WA  98104
(206) 343-7340
kboyles@earthjustice.org
mmayer@earthjustice.org

Timothy J. Preso (MSBA #5255)
*[Pro Hac Vice Application Forthcoming]*
EARTHJUSTICE
313 East Main St.
P.O. Box 4743
Bozeman, MT 59772-4743
(406) 586-9699
tpreso@earthjustice.org

*Attorneys for Plaintiffs*

GREGORY C. LOARIE (CSBA # 215859)
EARTHJUSTICE
50 California Street, Suite 500
San Francisco, CA 94111
(415) 217-2000
gloarie@earthjustice.org

*Local Counsel for Plaintiffs*

CORPORATE DISCLOSURE STATEMENT - 2 -

*Earthjustice*
*810 Third Avenue, Suite 610*
*Seattle, WA  98104-1711*
*(206) 343-7340*