JEAN E. WILLIAMS, Deputy Assistant Attorney General
SETH M. BARSKY, Section Chief
MEREDITH L. FLAX, Assistant Section Chief
MICHAEL R. EITEL, Senior Trial Attorney
U.S. Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
999 18th Street, South Terrace 370
Denver, Colorado 80202
Phone: (303) 844-1479 / Fax: (303) 844-1375
Email: Michael.Eitel@usdoj.gov

*Attorneys for Federal Defendants*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEFENDERS OF WILDLIFE, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> U.S. FISH AND WILDLIFE SERVICE, et al., <br><br> Federal Defendants. | Case. No. 3:21-cv-00344-JSW <br><br> **UNOPPOSED ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED** |

Civil L.R. 3-12 and 7-11 require a party to file an administrative motion when it believes two cases are "related" as that term is defined in Civil Local Rule 3-12(a). *See* Civil L.R. 3-12(b). This case (*Defenders of Wildlife v. U.S. Fish and Wildlife Serv.*, 3:21-cv-344-JSC) is "related" to two later-filed actions in this district—*WildEarth Guardians, et al., v. de la Vega*, 3:21-cv-349-WHA, and *Natural Resources Defense Council v. U.S. Department of the Interior*, 3:21-cv-00561-SK.[1] Under Civil L.R. 3-12(d)(2), the "brief statement of the relationship of the actions according to the [two] criteria set forth in Civil L.R. 3-12(a)" is as follows:

---

[1] Scott de la Vega is the acting Secretary of the Department of Interior and is automatically substituted for his predecessor under Federal Rule of Civil Procedure 25(d).

1.    Civil Local Rule 3-12(a)(1) provides that an action is related to other actions when they "concern substantially the same parties, property, transaction or event." Here, *Defenders of Wildlife* (21-cv-344), *WildEarth Guardians* (21-cv-349), and *Natural Resources Defense Council* (21-cv-561) challenge the same final rule promulgated by the U.S. Fish and Wildlife (FWS) that removes gray wolves from the Endangered Species Act's (ESA) list of endangered and threatened wildlife (Final Rule, 85 Fed. Reg. 69778 (Nov. 3, 2020)). *See Defenders of Wildlife*, 21-cv-344, ECF 1 ¶ 1; *WildEarth Guardians*, 21-cv-349, ECF 1 ¶ 2; *Natural Resources Defense Council*, 21-cv-561, ECF 1 ¶ 1.  The three actions therefore involve the same Federal Defendants (FWS, Secretary of the Department of the Interior), the same subject matter (gray wolves), and the same "transaction or event" (FWS's Final Rule).

2.    Civil L.R. 3-12(a)(2) also provides that a case is related when judicial review of the two actions before different judges would result in an "unduly burdensome duplication of labor and expense" or risk "conflicting results." The three actions raise the same or substantially similar claims relief under the ESA and Administrative Procedure Act (APA). *Defenders of Wildlife*, 21-cv-344, ECF 1 ¶¶ 37-71 (First through Fourth Claims, raising substantive challenges to the Final Rule); *WildEarth Guardians*, 21-cv-349, ECF 1 ¶¶ 92-170 (First through Sixth Claims, raising substantive challenges to the Final Rule); *Natural Resources Defense Council*, 21-cv-561, ECF 1 ¶¶ 90-142 (First through Seventh Claims, raising substantive challenges to the Final Rule).[2]  These claims are subject to the APA's judicial review provision, 5 U.S.C. § 706, which requires a reviewing court to base its review on the agency's administrative record. *See Ctr. for Biological Diversity v. Zinke*, 868 F.3d 1054, 1057 (9th Cir. 2017) ("Review of agency decisions under the ESA is governed by the" APA) (citing *Greater Yellowstone Coal., Inc. v.*

---

[2] *Defenders of Wildlife* (21-cv-344) contains one claim for relief not present in the other complaints—a challenge to a petition finding FWS made in the same challenged Final Rule. *See* ECF 1 ¶¶ 72-74. *WildEarth Guardians* (21-cv-349) and *Natural Resources Defense Council* (21-cv-561) also contain a notice and comment claim that is not present in the *Defenders of Wildlife* (21-cv-344) complaint. *See* ECF 1 in 21-cv-349, ¶¶ 171-78; ECF 1 in 21-cv-561, ¶¶ 143-47. These differences are not material to the related case inquiry, as these claims still arise from the same agency action—FWS's Final Rule—and are subject to review on the basis of the same administrative record.

*Servheen*, 665 F.3d 1015, 1023 (9th Cir. 2011)). The three actions therefore require a court to review the same evidence (administrative record) to resolve the same and substantially similar claims for relief (ESA, APA), such that substantial judicial efficiencies are gained and the risks of conflicting results avoided by assigning the three actions to a single judge.

For the reasons set forth above, this action is related to *WildEarth Guardians*, 21-cv-349, and *Natural Resources Defense Council*, 21-cv-561, within the meaning of Civil Local Rule 3-12(a).

DATED: February 8, 2021.

        JEAN E. WILLIAMS, Deputy Assistant Attorney General
        SETH M. BARSKY, Section Chief
        MEREDITH L. FLAX, Assistant Section Chief

        */s/ Michael R. Eitel*
        MICHAEL R. EITEL, Senior Trial Attorney
        U.S. Department of Justice
        Environment & Natural Resources Division
        Wildlife & Marine Resources Section
        999 18th Street, South Terrace 370
        Denver, Colorado 80202
        Phone: (303) 844-1479 / Fax: (303) 844-1375
        Email: Michael.Eitel@usdoj.gov

        *Attorneys for Federal Defendants*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEFENDERS OF WILDLIFE, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> U.S. FISH AND WILDLIFE SERVICE, et al., <br><br> Federal Defendants. | Case No. 3:21-cv-00344-JSW <br><br> **CERTIFICATE OF SERVICE** |
| WILDEARTH GUARDIANS, et al., <br><br> Plaintiffs, <br><br> vs. <br> DE LA VEGA, et al., <br><br> Federal Defendants. | Case. No. 3:21-cv-00349-WHA <br><br> **CERTIFICATE OF SERVICE** |
| NATURAL RESOURCES DEFENSE COUNCIL, et al., <br><br> Plaintiffs, <br><br> vs. <br> U.S. DEPARTMENT OF THE INTERIOR, et al., <br><br> Federal Defendants. | Case. No. 3:21-cv-00561-SK <br><br> **CERTIFICATE OF SERVICE** |

I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such to the attorneys of record. I also certify that I caused to be sent, via electronic mail, the foregoing to the following counsel of record:

| | |
|---|---|
| John R Mellgren <br> Western Environmental Law Center <br> 120 Shelton McMurphey Blvd., Ste 340 | Kelly E Nokes <br> Western Environmental Law Center <br> P.O. Box 18 |

| | |
|---|---|
| Eugene, OR 97401<br>541-359-0990<br>Email: mellgren@westernlaw.org | Buena Vista, CO 81211<br>575-613-8051<br>Email: nokes@westernlaw.org |
| Jason Robert Flanders<br>Aqua Terra Aeris Law Group<br>4030 Martin Luther King Jr. Way<br>Oakland, CA 94609<br>(916) 202-3018<br>Email: jrf@atalawgroup.com | Claire H. Woods<br>Natural Resources Defense Council, Inc.<br>1314 Second Street<br>Santa Monica, CA 90401<br>310-434-2335<br>Fax: 415-795-4799<br>Email: cwoods@nrdc.org |

Francis William Sturges , Jr.
Natural Resources Defense Council
20 N. Wacker Dr.
Chicago, IL 60606
312-847-6807
Email: fsturges@nrdc.org

                                              */s/ Michael R. Eitel*
                                               MICHAEL R. EITEL