UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEFENDERS OF WILDLIFE, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. FISH AND WILDLIFE SERVICE, et al.,<br><br>Defendants. | Case No. 4:21-cv-00344-JSW<br><br>**CLERK'S NOTICE VACATING HEARING ON MOTION TO INTERVENE AND DIRECTING COUNSEL TO RENOTICE MOTION ON AN OPEN AND AVAILABLE DATE**<br><br>Re: Dkt. No. 46 |

YOU ARE HEREBY NOTIFIED that the *Motion to Intervene*, noticed for hearing on June 25, 2021, at 9:00 a.m. before the Honorable Jeffrey S. White, is VACATED as it is not an *Open and Available* date for hearing before Judge White.

**ALL** motions scheduled before Judge White are by terminal digit – the last number in the case number – which in this case is a '**4**': 21-cv-0034**4** JSW. Counsel must check Judge White's *Scheduling Notes* prior to filing their motion as dates may be closed.

Counsel shall select the event **RE-Notice** under the *Motion and Related Filings category/ Other Supporting Documents in ECF*. Further, link your original motions to your re-notice of the motion as required. Please consult Judge White's *Scheduling Notes* which can be found on the Court's website: www.cand.uscourts.gov/judges/jsw/ and RE-Notice your motion properly. **Note**: only the hearing date will change – the briefing schedule will remain as set: Opposition is due 6-1-21 Reply is due 6-8-21.

Lastly, should counsel want to file an *Administrative Motion For An Order Shortening Time* to have their motion heard on the same date as other motions in this case, they shall first properly renotice this motion to an open and available date and then file an Administrative Motion For An Order Shortening Time – setting forth good cause - for the Court's consideration.

Dated: May 17, 2021

Susan Y. Soong
Clerk, United States District Court

By: _____
Jennifer Ottolini, Deputy Clerk to the
Honorable JEFFREY S. WHITE
jswcrd@cand.uscourts.gov