# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEFENDERS OF WILDLIFE, et al., <br><br> Plaintiffs, <br><br> v. <br><br> U.S. FISH AND WILDLIFE SERVICE, et al., <br><br> Defendants. | Case No. 21-cv-00344-JSW <br><br> **ORDER DENYING WITHOUT PREJUDICE APPLICATION FOR ADMISSION PRO HAC VICE** <br><br> Re: Dkt. No. 75 |

The Court has received the application of Colette Routel to appear *pro hac vice* in this matter pursuant to N.D. Civ. Local Rule 11-3. Rule 11-3 requires an attorney applying to appear *pro hac vice* to include, together with the written application, a true and correct copy of a certificate of good standing or other similar official document. Having not received a certificate of good standing, the Court DENIES the application WITHOUT PREJUDICE to re-filing with the appropriate documentation.

**IT IS SO ORDERED.**

Dated: July 19, 2021

JEFFREY S. WHITE
United States District Judge