# EXHIBIT 1

ELIZABETH MORRISSEAU (Michigan Bar No. P81899)
Assistant Attorney General
Attorney for the People of the State of Michigan
Environment, Natural Resources, and Agriculture Division
P.O. Box 30755
Lansing, Michigan
(517) 335-7664
MorrisseauE@michigan.gov
*[Pro Hac Vice Motion Pending]*
PEOPLE OF THE STATE OF MICHIGAN

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| DEFENDERS OF WILDLIFE, et al.,<br><br>　　Plaintiffs,<br><br>v.<br><br>U.S. FISH AND WILDLIFE SERVICE, et al.,<br><br>　　Defendants. | Case No. 4:21-cv-00344-JSW<br><br>Related Cases: 4:21-cv-00349-JSW<br>　　　　　　　　　4:21-cv-00561-JSW |
| WILDEARTH GUARDIANS, et al.,<br><br>　　Plaintiffs,<br><br>v.<br><br>DEBRA HAALAND, U.S. SECRETARY OF THE INTERIOR, et al.,<br><br>　　Defendants. | **PROPOSED ORDER**<br><br>Hearing Date: November 12, 2021<br>Time: 9:00 a.m.<br>Courtroom: 5<br>Before Judge Jeffrey S. White |
| NATURAL RESOURCES DEFENSE COUNCIL, INC.,<br><br>　　Plaintiff,<br>v.<br><br>U.S. SECRETARY OF THE INTERIOR, et al.,<br><br>　　Defendants. | |

Upon consideration of the motion of the People of the State of Michigan and the State of Oregon for leave to file their proposed *amicus curiae* brief in support of Plaintiffs, it is hereby ORDERED that the motion is GRANTED.

DATED: _____, 2021

_____
THE HONORABLE JEFFREY S. WHITE
UNITED STATES DISTRICT COURT JUDGE