1  M. Clare Ellis (SBN 317773)
   cellis@HuntonAK.com
2  **HUNTON ANDREWS KURTH LLP**
   50 California Street, Suite 1700
3  San Francisco, CA 94111
   Telephone: (415) 975-3708
4  Facsimile: (415) 975-3701

5  
   Karma B. Brown (D.C. Bar No. 479774)
6  (appearance *pro hac vice*)
   kbbrown@HuntonAK.com
7  **HUNTON ANDREWS KURTH LLP**
   2200 Pennsylvania Avenue, NW
8  Washington, DC 20037
   Telephone: (202) 955-1893
9  Facsimile: (202) 778-2201

10 *Counsel for Movant Intervenor-Defendants*
   *American Farm Bureau Federation,*
11 *American Sheep Industry Association,*
   *National Cattlemen's Beef Association, and*
12 *Public Lands Council*

13                     **UNITED STATES DISTRICT COURT**
                       **NORTHERN DISTRICT OF CALIFORNIA**
14                              **OAKLAND DIVISION**

15 | DEFENDERS OF WILDLIFE *et al.*, | CASE NO.: 4:21-CV-00344-JSW |
   |---|---|
16 | Plaintiffs, | RELATED CASE NOS. |
17 | | 4:21-CV-00349-JSW; |
   | v. | 4:21-CV-00561-JSW |
18 | | |
19 | U.S. FISH AND WILDLIFE SERVICE, *et al.*, | **GRAY WOLF AGRICULTURAL COALITION:** |
20 | Defendants, | |
21 | NATIONAL RIFLE ASSOCIATION OF | **(1) NOTICE OF APPEAL; AND** |
   | AMERICA and SAFARI CLUB | |
22 | INTERNATIONAL, | **(2) REPRESENTATION STATEMENT** |
23 | Intervenor-Defendant-Appellants, | |
24 | and | |
25 | STATE OF UTAH, | |
26 | | |
27 | Intervenor-Defendant-Appellant. | |
28 | | |

# NOTICE OF APPEAL

Pursuant to Federal Rules of Appellate Procedure 3 and 4 and 28 U.S.C. § 1291, notice is hereby given that Movant Intervenor-Defendants American Farm Bureau Federation, American Sheep Industry Association, National Cattlemen's Beef Association, and Public Lands Council (collectively, the "Gray Wolf Agricultural Coalition"),[1] hereby appeal the Court's June 21, 2021 Order (Doc. 68).  This appeal is taken to the United States Court of Appeals for the Ninth Circuit.

DATED: August 19, 2021

HUNTON ANDREWS KURTH LLP

By:   /s/ Karma B. Brown
M. Clare Ellis
Karma B. Brown (appearance *pro hac vice*)
*Counsel for Movant Intervenor-Defendants American Farm Bureau Federation, American Sheep Industry Association, National Cattlemen's Beef Association, and Public Lands Council*

---

[1] American Forest Resource Council, which was a Movant Intervenor-Defendant in the District Court, is not joining this appeal.

Hunton Andrews Kurth LLP
50 California Street, Suite 1700
San Francisco, CA 94111

Hunton Andrews Kurth LLP
50 California Street, Suite 1700
San Francisco, CA 94111

# REPRESENTATION STATEMENT

Pursuant to Federal Rule of Appellate Procedure 12(b) and Ninth Circuit Rules 3-2(b) and 12-2, Movant Intervenor-Defendants American Farm Bureau Federation, American Sheep Industry Association, National Cattlemen's Beef Association, and Public Lands Council (collectively, the "Gray Wolf Agricultural Coalition"), hereby submit this Representation Statement. The following list identifies all parties to the action, and also identifies their respective counsel by name, firm, address, telephone number, and e-mail, where appropriate.

| PARTIES | COUNSEL OF RECORD |
|---|---|
| Plaintiff-Appellee DEFENDERS OF WILDLIFE | Timothy J. Preso (*pro hac vice*) <br> Earthjustice <br> 209 S. Willson Avenue <br> Bozeman, MT 59718 <br> (406) 586-9699 <br> Fax: (406) 586-9695 <br> Email: tpreso@earthjustice.org <br><br> Gregory C. Loarie <br> Earthjustice <br> 50 California Street, Suite 500 <br> San Francisco, CA 94111 <br> (415) 217-2000 <br> Fax: (415) 217-2040 <br> Email: gloarie@earthjustice.org <br><br> Michael Mayer (*pro hac vice*) <br> 810 Third Ave., Suite 610 <br> Seattle, WA 98104 <br> (206) 343-7340 <br> Email: mmayer@earthjustice.org <br><br> Kristen Lee Boyles <br> Earthjustice <br> 810 Third Avenue, Suite 610 <br> Seattle, WA 98104 <br> (206) 343-7340 x33 <br> Fax: (206) 343-1526 <br> Email: kboyles@earthjustice.org |

| PARTIES | COUNSEL OF RECORD |
|---|---|
| Plaintiff-Appellee CENTER FOR BIOLOGICAL DIVERSITY | Timothy J. Preso (*pro hac vice*)<br>Earthjustice<br>209 S. Willson Avenue<br>Bozeman, MT 59718<br>(406) 586-9699<br>Fax: (406) 586-9695<br>Email: tpreso@earthjustice.org<br><br>Gregory C. Loarie<br>Earthjustice<br>50 California Street, Suite 500<br>San Francisco, CA 94111<br>(415) 217-2000<br>Fax: (415) 217-2040<br>Email: gloarie@earthjustice.org<br><br>Michael Mayer (*pro hac vice*)<br>810 Third Ave., Suite 610<br>Seattle, WA 98104<br>(206) 343-7340<br>Email: mmayer@earthjustice.org<br><br>Kristen Lee Boyles<br>Earthjustice<br>810 Third Avenue, Suite 610<br>Seattle, WA 98104<br>(206) 343-7340 x33<br>Fax: (206) 343-1526<br>Email: kboyles@earthjustice.org |
| Plaintiff-Appellee SIERRA CLUB | Timothy J. Preso (*pro hac vice*)<br>Earthjustice<br>209 S. Willson Avenue<br>Bozeman, MT 59718<br>(406) 586-9699<br>Fax: (406) 586-9695<br>Email: tpreso@earthjustice.org<br><br>Gregory C. Loarie<br>Earthjustice<br>50 California Street, Suite 500<br>San Francisco, CA 94111<br>(415) 217-2000<br>Fax: (415) 217-2040<br>Email: gloarie@earthjustice.org |

Hunton Andrews Kurth LLP
50 California Street, Suite 1700
San Francisco, CA 94111

Hunton Andrews Kurth LLP
50 California Street, Suite 1700
San Francisco, CA 94111

| PARTIES | COUNSEL OF RECORD |
|---|---|
| | Michael Mayer (*pro hac vice*)<br>810 Third Avenue, Suite 610<br>Seattle, WA 98104<br>(206) 343-7340<br>Email: mmayer@earthjustice.org<br><br>Kristen Lee Boyles<br>Earthjustice<br>810 Third Avenue, Suite 610<br>Seattle, WA 98104<br>(206) 343-7340 x33<br>Fax: (206) 343-1526<br>Email: kboyles@earthjustice.org |
| Plaintiff-Appellee NATIONAL PARKS CONSERVATION ASSOCIATION | Timothy J. Preso (*pro hac vice*)<br>Earthjustice<br>209 S. Willson Avenue<br>Bozeman, MT 59718<br>(406) 586-9699<br>Fax: (406) 586-9695<br>Email: tpreso@earthjustice.org<br><br>Gregory C. Loarie<br>Earthjustice<br>50 California Street, Suite 500<br>San Francisco, CA 94111<br>(415) 217-2000<br>Fax: (415) 217-2040<br>Email: gloarie@earthjustice.org<br><br>Michael Mayer (*pro hac vice*)<br>810 Third Avenue, Suite 610<br>Seattle, WA 98104<br>(206) 343-7340<br>Email: mmayer@earthjustice.org<br><br>Kristen Lee Boyles<br>Earthjustice<br>810 Third Avenue, Suite 610<br>Seattle, WA 98104<br>(206) 343-7340 x33<br>Fax: (206) 343-1526<br>Email: kboyles@earthjustice.org |
| Plaintiff-Appellee OREGON WILD | Timothy J. Preso (*pro hac vice*)<br>Earthjustice<br>209 S. Willson Avenue |

Hunton Andrews Kurth LLP
50 California Street, Suite 1700
San Francisco, CA 94111

| PARTIES | COUNSEL OF RECORD |
|---|---|
|  | Bozeman, MT 59718<br>(406) 586-9699<br>Fax: (406) 586-9695<br>Email: tpreso@earthjustice.org<br><br>Gregory C. Loarie<br>Earthjustice<br>50 California Street, Suite 500<br>San Francisco, CA 94111<br>(415) 217-2000<br>Fax: (415) 217-2040<br>Email: gloarie@earthjustice.org<br><br>Michael Mayer (*pro hac vice*)<br>810 Third Avenue, Suite 610<br>Seattle, WA 98104<br>(206) 343-7340<br>Email: mmayer@earthjustice.org<br><br>Kristen Lee Boyles<br>Earthjustice<br>810 Third Avenue, Suite 610<br>Seattle, WA 98104<br>(206) 343-7340 x33<br>Fax: (206) 343-1526<br>Email: kboyles@earthjustice.org |
| Plaintiff-Appellee HUMANE SOCIETY OF THE UNITED STATES | Timothy J. Preso (*pro hac vice*)<br>Earthjustice<br>209 S. Willson Avenue<br>Bozeman, MT 59718<br>(406) 586-9699<br>Fax: (406) 586-9695<br>Email: tpreso@earthjustice.org<br><br>Gregory C. Loarie<br>Earthjustice<br>50 California Street, Suite 500<br>San Francisco, CA 94111<br>(415) 217-2000<br>Fax: (415) 217-2040<br>Email: gloarie@earthjustice.org<br><br>Michael Mayer (*pro hac vice*)<br>810 Third Avenue, Suite 610<br>Seattle, WA 98104<br>(206) 343-7340 |

| PARTIES | COUNSEL OF RECORD |
|---|---|
| | Email: mmayer@earthjustice.org<br><br>Kristen Lee Boyles<br>Earthjustice<br>810 Third Avenue, Suite 610<br>Seattle, WA 98104<br>(206) 343-7340 x33<br>Fax: (206) 343-1526<br>Email: kboyles@earthjustice.org |
| Defendant-Appellant U.S. FISH AND WILDLIFE SERVICE | Michael Richard Eitel<br>U.S. Department of Justice<br>Environment and Natural Resources Division<br>Wildlife and Marine Resources Section<br>999 18th Street, South Terrace 370<br>Denver, CO 80202<br>(303) 844-1479<br>Fax: (303) 844-1350<br>Email: michael.eitel@usdoj.gov |
| Defendant-Appellant DEBRA HAALAND, U.S. SECRETARY OF THE INTERIOR | Michael Richard Eitel<br>U.S. Department of Justice<br>Environment and Natural Resources Division<br>Wildlife and Marine Resources Section<br>999 18th Street, South Terrace 370<br>Denver, CO 80202<br>(303) 844-1479<br>Fax: (303) 844-1350<br>Email: michael.eitel@usdoj.gov |
| Intervenor-Defendant-Appellant NATIONAL RIFLE ASSOCIATION OF AMERICA | Stanford H. Atwood, Jr.<br>Atwood & Associates<br>750 University Avenue, Suite 130<br>Los Gatos, CA 95032<br>(408) 395-5503<br>Fax: (408) 395-5519<br>Email: stanford@atwoodlaw.net<br><br>Hadan W Hatch (*pro hac vice*)<br>National Rifle Association<br>Office of Litigation Counsel<br>11250 Waples Mill Road<br>Fairfax, VA 22030<br>(703) 267-1161<br>Fax: (703) 267-3976<br>Email: hhatch@nrahq.org |

Hunton Andrews Kurth LLP
50 California Street, Suite 1700
San Francisco, CA 94111

| PARTIES | COUNSEL OF RECORD |
|---|---|
|  | Michael T Jean (*pro hac vice*)<br>National Rifle Association<br>11250 Waples Mill Road<br>Fairfax, VA 22030<br>(703) 267-1158<br>Email: mjean@nrahq.org |
| Intervenor-Defendant-Appellant SAFARI CLUB INTERNATIONAL | Jeremy Evan Clare (*pro hac vice*)<br>Safari Club International<br>501 Second Street, NE<br>Washington, DC 20002<br>(202) 609-8179<br>Fax: (202) 403-2244<br>Email: jclare@safariclub.org<br><br>Regina Lennox (*pro hac vice*)<br>Safari Club International<br>501 Second Street, NE<br>Washington, DC 20002<br>(202) 309-7862<br>Email: rlennox@safariclub.org |
| Intervenor-Defendant-Appellant STATE OF UTAH | Jason DeForest<br>Utah Attorney General's Office<br>350 North State Street, Suite 5110<br>Salt Lake City, UT 84114<br>(385) 395-9884<br>Email: jdeforest@agutah.gov<br><br>Anthony L Rampton<br>Public Lands Coordinating Office<br>5110 State Office Building<br>Salt Lake City, UT 84114<br>(801) 554-5734<br>Email: arampton@agutah.gov<br><br>Kelsie Lynn Last<br>Utah Attorney General's Office<br>5110 State Office Building<br>Salt Lake City, UT 84114<br>(801) 537-9814<br>Email: klast@agutah.gov |
| Movant Intervenor-Defendant-Appellant AMERICAN FARM BUREAU FEDERATION | Marguerite Clare Ellis<br>Hunton Andrews Kurth LLP<br>50 California Street, Suite 1700<br>San Francisco, CA 94111 |

| PARTIES | COUNSEL OF RECORD |
|---|---|
| | (415) 975-3708<br>Fax: (415) 975-3701<br>Email: cellis@huntonak.com<br><br>Karma Barsam Brown (*pro hac vice*)<br>Hunton Andrews Kurth LLP<br>2200 Pennsylvania Avenue, NW.<br>Washington, DC 20037<br>202-955-1893<br>Email: kbbrown@huntonak.com |
| Movant Intervenor-Defendant-Appellant<br>AMERICAN SHEEP INDUSTRY ASSOCIATION | Marguerite Clare Ellis<br>Hunton Andrews Kurth LLP<br>50 California Street, Suite 1700<br>San Francisco, CA 94111<br>(415) 975-3708<br>Fax: (415) 975-3701<br>Email: cellis@huntonAK.com<br><br>Karma Barsam Brown (*pro hac vice*)<br>Hunton Andrews Kurth LLP<br>2200 Pennsylvania Avenue, N.W<br>Washington, DC 20037<br>(202) 955-1893<br>Email: kbbrown@huntonak.com |
| Movant Intervenor-Defendant-Appellant<br>NATIONAL CATTLEMEN'S BEEF ASSOCIATION | Marguerite Clare Ellis<br>Hunton Andrews Kurth LLP<br>50 California Street, Suite 1700<br>San Francisco, CA 94111<br>(415) 975-3708<br>Fax: (415) 975-3701<br>Email: cellis@huntonAK.com<br><br>Karma Barsam Brown (*pro hac vice*)<br>Hunton Andrews Kurth LLP<br>2200 Pennsylvania Avenue, NW<br>Washington, DC 20037<br>(202) 955-1893<br>Email: kbbrown@huntonak.com |
| Movant Intervenor-Defendant-Appellant<br>PUBLIC LANDS COUNCIL | Marguerite Clare Ellis<br>Hunton Andrews Kurth LLP<br>50 California Street, Suite 1700<br>San Francisco, CA 94111<br>(415) 975-3708<br>Fax: (415) 975-3701 |

| PARTIES | COUNSEL OF RECORD |
|---|---|
| | Email: cellis@huntonAK.com<br><br>Karma Barsam Brown (*pro hac vice*)<br>Hunton Andrews Kurth LLP<br>2200 Pennsylvania Avenue, NW<br>Washington, DC 20037<br>(202) 955-1893<br>Email: kbbrown@huntonak.com |
| Movant Intervenor-Defendant-Appellant<br>SPORTSMENS ALLIANCE FOUNDATION | James Hardwick Lister (*pro hac vice*)<br>Birch Horton Bittner and Cherot<br>1100 Connecticut Avenue, NW. Suite 825<br>Washington, DC 20036<br>(202) 659-5800<br>Email: jlister@bhb.com<br><br>Jonathan David Wolf<br>Berliner Cohen<br>10 Almaden Boulevard, Suite 1100<br>San Jose, CA 95113-2233<br>(408) 286-5800<br>Fax: (408) 998-5388<br>Email: jonathan.wolf@berliner.com<br><br>Angela Hoffman Shaw<br>Berliner Cohen, LLP<br>10 Almaden Boulevard, Suite 1100<br>San Jose, CA 95113<br>(408) 286-5800<br>Fax: (408) 998-5388<br>Email: angela.shaw@berliner.com<br><br>George Richard Pitts<br>Rubin and Rudman, LLP<br>800 Connecticut Avenue, NW, Suite 400<br>Washington, DC 20006<br>(240) 356-1566<br>Fax: (202) 223-1879<br>Email: gpitts@bhb.com |
| Movant Intervenor-Defendant-Appellant<br>ROCKY MOUNTAIN ELK FOUNDATION | James Hardwick Lister (*pro hac vice*)<br>Birch Horton Bittner and Cherot<br>1100 Connecticut Avenue, NW, Suite 825<br>Washington, DC 20036<br>(202) 659-5800<br>Email: jlister@bhb.com |

| PARTIES | COUNSEL OF RECORD |
|---|---|
|  | Jonathan David Wolf<br>Berliner Cohen<br>10 Almaden Boulevard, Suite 1100<br>San Jose, CA 95113-2233<br>(408) 286-5800<br>Fax: (408) 998-5388<br>Email: jonathan.wolf@berliner.com<br><br>Angela Hoffman Shaw<br>Berliner Cohen, LLP<br>10 Almaden Boulevard, Suite 1100<br>San Jose, CA 95113<br>(408) 286-5800<br>Fax: (408) 998-5388<br>Email: angela.shaw@berliner.com<br><br>George Richard Pitts<br>Rubin and Rudman, LLP<br>800 Connecticut Avenue, NW, Suite 400<br>Washington, DC 20006<br>(240) 356-1566<br>Fax: (202) 223-1879<br>Email: gpitts@bhb.com |
| Movant Intervenor-Defendant-Appellant<br>WISCONSIN BEAR HUNTERS ASSOCIATION | James Hardwick Lister (*pro hac vice*)<br>Birch Horton Bittner and Cherot<br>1100 Connecticut Avenue, NW, Suite 825<br>Washington, DC 20036<br>(202) 659-5800<br>Email: jlister@bhb.com<br><br>Jonathan David Wolf<br>Berliner Cohen<br>10 Almaden Boulevard, Suite 1100<br>San Jose, CA 95113-2233<br>(408) 286-5800<br>Fax: (408) 998-5388<br>Email: jonathan.wolf@berliner.com<br><br>Angela Hoffman Shaw<br>Berliner Cohen, LLP<br>10 Almaden Boulevard, Suite 1100<br>San Jose, CA 95113<br>(408) 286-5800<br>Fax: (408) 998-5388<br>Email: angela.shaw@berliner.com |

| PARTIES | COUNSEL OF RECORD |
|---|---|
| | George Richard Pitts<br>Rubin and Rudman, LLP<br>800 Connecticut Avenue, NW, Suite 400<br>Washington, DC 20006<br>(240) 356-1566<br>Fax: (202) 223-1879<br>Email: gpitts@bhb.com |
| Movant Intervenor-Defendant-Appellant<br>MICHIGAN BEAR HUNTERS ASSOCIATION | James Hardwick Lister (*pro hac vice*)<br>Birch Horton Bittner and Cherot<br>1100 Connecticut Avenue, NW, Suite 825<br>Washington, DC 20036<br>(202) 659-5800<br>Email: jlister@bhb.com<br><br>Jonathan David Wolf<br>Berliner Cohen<br>10 Almaden Boulevard, Suite 1100<br>San Jose, CA 95113-2233<br>(408) 286-5800<br>Fax: (408) 998-5388<br>Email: jonathan.wolf@berliner.com<br><br>Angela Hoffman Shaw<br>Berliner Cohen, LLP<br>10 Almaden Boulevard, Suite 1100<br>San Jose, CA 95113<br>(408) 286-5800<br>Fax: (408) 998-5388<br>Email: angela.shaw@berliner.com<br><br>George Richard Pitts<br>Rubin and Rudman, LLP<br>800 Connecticut Avenue, NW, Suite 400<br>Washington, DC 20006<br>(240) 356-1566<br>Fax: (202) 223-1879<br>Email: gpitts@bhb.com |

Hunton Andrews Kurth LLP
50 California Street, Suite 1700
San Francisco, CA  94111

| | |
|---|---|
| DATED: August 19, 2021 | **HUNTON ANDREWS KURTH LLP** |
| | By:  /s/ Karma B. Brown |
| | M. Clare Ellis |
| | Karma B. Brown (appearance *pro hac vice*) |
| | *Counsel for Movant Intervenor-Defendants American Farm Bureau Federation, American Sheep Industry Association, National Cattlemen's Beef Association, and Public Lands Council* |