UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEFENDERS OF WILDLIFE, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>U.S. FISH AND WILDLIFE SERVICE, et al.,<br><br>　　　　Defendants. | Case No. 4:21-cv-00344-JSW<br>　　　　　4:21-cv-00349-JSW<br>　　　　　4:21-cv-00561-JSW |
| WILDEARTH GUARDIANS, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>DEBRA HAALAND, U.S. SECRETARY OF THE INTERIOR, et al.,<br><br>　　　　Defendants. | **[PROPOSED] ORDER GRANTING FEDERAL DEFENDANTS' CROSS-MOTION FOR SUMMARY JUDGMENT AND DENYING PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT** |
| NATURAL RESOURCES DEFENSE COUNCIL, INC.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>UNITED STATES DEPARTMENT OF THE INTERIOR, et al.,<br><br>　　　　Defendants. | Date: November 12, 2021<br>Time: 9:00 AM<br>Courtroom: 5<br>Judge: Hon. Jeffrey S. White |

[Proposed] Order re: Fed. Defs. Cross-Motion for Summary Judgment;
Opp. to Plaintiffs' Mot. Summary Judgment
Case Nos. 4:21-cv-344, 4:21-cv-349, 4:21-cv-561　　　　　　　　　　　　　　　　　　　　　　i

1  On consideration of Plaintiffs' Motion for Summary Judgment and Federal Defendants'
2  Cross-Motion for Summary Judgment, and all responses and replies thereto, and the entire record
3  herein, it is hereby
4  ORDERED that, for the reasons set forth in Federal Defendants' Motion, Federal
5  Defendants' Motion for Summary Judgment is hereby GRANTED, and it is further
6  ORDERED that Plaintiffs' Motion for Summary Judgment is DENIED and the above-
7  captioned cases are hereby dismissed with prejudice.

So ordered on this _____ day of _____, 2021.

_____
Jeffrey S. White
United States District Judge

[Proposed] Order re: Fed. Defs. Cross-Motion for Summary Judgment;
Opp. to Plaintiffs' Mot. Summary Judgment
Case Nos. 4:21-cv-344, 4:21-cv-349, 4:21-cv-561                                              ii