FILED

OCT 12 2021

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| DEFENDERS OF WILDLIFE; et al., | No. 21-16382 |
| Plaintiffs-Appellees, | D.C. No. 4:21-cv-00344-JSW<br>Northern District of California, Oakland |
| v. | |
| UNITED STATES FISH AND WILDLIFE SERVICE; DEBRA ANNE HAALAND, U.S. Secretary of the Interior, | ORDER |
| Defendants-Appellees, | |
| and | |
| NATIONAL RIFLE ASSOCIATION OF AMERICA; et al., | |
| Intervenor-Defendants-Appellees, | |
| v. | |
| AMERICAN FARM BUREAU FEDERATION; et al., | |
| Movants-Appellants, | |
| and | |
| AMERICAN FOREST RESOURCE COUNCIL; et al., | |
| Movants. | |

LCC/MOATT

Before:  W. FLETCHER and BYBEE, Circuit Judges.

Appellants' motion for summary reversal (Docket Entry No. 7) is denied without prejudice to renewing the arguments in the opening brief.  *See* 9th Cir. R. 3-6(a)(1).

The opening brief and excerpts of record are due November 23, 2021.  The answering briefs are due December 23, 2021.  The optional reply brief is due within 21 days after service of the answering brief.