FILED
10-28-2021
CIRCUIT COURT
DANE COUNTY, WI
2021CV002103

DATE SIGNED: October 27, 2021

Electronically signed by Jacob B. Frost
Circuit Court Judge

| | | |
|---|---|---|
| STATE OF WISCONSIN | CIRCUIT COURT | DANE COUNTY |

GREAT LAKES WILDLIFE ALLIANCE,
PROJECT COYOTE, ANIMAL
WELLNESS ACTION,
THE CENTER FOR HUMANE
ECONOMY, and PATRICK R. CLARK,

      Petitioners,

  v.

WISCONSIN DEPARTMENT OF
NATURAL RESOURCES and PRESTON
COLE, in his official capacity as the
Secretary of the Department of Natural
Resources.

      Respondents.

Case No. 21-CV-002103

---

### ORDER GRANTING PETITIONERS' MOTION FOR TEMPORARY INJUNCTION

---

The above-referenced matter came on for a hearing conducted via Zoom on October 21, 2021, before the Honorable Jacob Frost. Claire Loebs Davis of Animal & Earth Advocates, PLLC, and Jessica L. Blome of Greenfire Law, PC, appeared on behalf of Petitioners Great Lakes Wildlife Alliance, Project Coyote, Animal Wellness Action, The Center for Humane Economy, and Patrick R. Clark; and Assistant Attorneys General Hannah S. Jurss and Steven Kilpatrick with the

Wisconsin Department of Justice appeared on behalf of Respondents Wisconsin Department of Natural Resources ("DNR") and Preston Cole.

For the reasons the Court stated on the record on October 22, 2021, and based on the Court's review of all pleadings, affidavits, and other filings to date, the Court hereby GRANTS Petitioners' Motion for a Temporary Injunction. IT IS THEREBY ORDERED THAT pending a final hearing on the merits, DNR is enjoined from setting a hunting or trapping quota other than zero for any wolf hunt season, and from issuing more than zero licenses for hunting or trapping wolves, until it has:

1. Promulgated a new rule, whether emergency or permanent, for implementing its duty to regulate the hunting and trapping of wolves as required under Wis. Stat. § 29.185(1m); and

2. Complied with the requirement under Wis. Stat. § 29.185(1m) to "implement a new wolf management plan," and

3. Determined the number of licenses to issue and the quota of wolves to be allowed to be harvested by hunting and trapping by considering and applying the rule enacted pursuant to ¶1 and the wolf management plan implemented pursuant to ¶2.