UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEFENDERS OF WILDLIFE, et al., <br><br> Plaintiffs, <br><br> v. <br><br> U.S. FISH AND WILDLIFE SERVICE, et al., <br><br> Defendants. | Case No.  21-cv-00344-JSW <br> 21-cv-00349-JSW <br> 21-cv-00561-JSW <br><br> **JUDGMENT** |
| WILDEARTH GUARDIANS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF THE INTERIOR, et al., <br><br> Defendants. | |
| NATURAL RESOURCES DEFENSE COUNCIL, INC., <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF THE INTERIOR, et al., <br><br> Defendants. | |

1   Pursuant to the Court's Order issued this date resolving Plaintiffs' motion for summary
2   judgment and Defendants' cross-motions for summary judgment, the Court HEREBY ENTERS
3   JUDGMENT in favor of Plaintiffs and against the Defendants.
4   **IT IS SO ORDERED.**
5   Dated: February 10, 2022

_____
JEFFREY S. WHITE
United States District Judge