KRISTEN L. BOYLES (CA No. 158450)
MICHAEL MAYER (WA No. 32135)
*[Admitted Pro Hac Vice]*
EARTHJUSTICE
810 Third Avenue, Suite 610
Seattle, WA 98104
(206) 343-7340
kboyles@earthjustice.org
mmayer@earthjustice.org

*[Additional counsel listed at end]*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| DEFENDERS OF WILDLIFE *et al.*,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>U.S. FISH AND WILDLIFE SERVICE *et al.*,<br><br>　　　　Defendants.<br>―――――――――――――――――<br>WILDEARTH GUARDIANS *et al.*,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>DEBRA HAALAND, U.S. SECRETARY OF THE INTERIOR *et al.*,<br><br>　　　　Defendants.<br>―――――――――――――――――<br>NATURAL RESOURCES DEFENSE COUNCIL, INC.<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>U.S. DEPARTMENT OF THE INTERIOR *et al.*,<br><br>　　　　Defendants. | Case No. 4:21-cv-00344-JSW<br><br>Related Cases:　4:21-cv-00349-JSW<br>　　　　　　　　4:21-cv-00561-JSW<br><br><br>STIPULATION AND [PROPOSED] ORDER EXTENDING THE DEADLINE FOR MOTION ON ATTORNEYS' FEES, COSTS, AND OTHER EXPENSES<br><br>Judge: Honorable Jeffrey S. White |

Pursuant to Civil Local Rule 6-2, and conforming with Civil Local Rule 7-12, Plaintiffs, Federal Defendants, and Defendant-Intervenors stipulate to and respectfully request that the Court order an extension of the deadline for the filing of a motion and briefing on attorneys' fees, costs, and other expenses as provided by Civil Local Rule 54-5.

Unless otherwise ordered by the Court, Civil Local Rule 54-5 and Fed. R. Civ. P. 54(d)(2)(B) require that a Motion for Attorneys' Fees be filed and served within 14 days of entry of judgment by the District Court. Given this Court's entry of judgment on February 10, 2022 (ECF No. 139), Plaintiffs' attorneys' fees motion would be due on February 24, 2022 under those rules. Through this stipulation, the Parties have agreed to extend this deadline until 30 days following the deadline for any appeal, or, if any appeal is noticed, 30 days following the U.S. Court of Appeals for the Ninth Circuit's mandate related to any appeal. The Parties request that the Court enter an order adopting this stipulation.

Good cause exists to adopt this stipulation. Granting the requested extension will facilitate efficient resolution of Plaintiffs' claim for attorneys' fees, costs, and other expenses in light of the time remaining for the parties to notice an appeal of this Court's judgment pursuant to Fed. R. App. P. 4(a)(1)(B), as a fee motion filed within the ordinary 14-day timeframe specified by Fed. R. Civ. P. 54(d)(2)(B) and Civil Local Rule 54-5 could be superseded by a later-filed notice of appeal.

In the event that no appeal is filed or that the final disposition of any such appeal is in Plaintiffs' favor, granting the requested extension will promote efficiency and judicial economy by allowing time for Plaintiffs and the Federal Defendants to pursue settlement discussions aimed at resolving Plaintiffs' claim for fees and costs without the need for this Court's adjudication of any disputed issues. Similarly, if an appeal is filed and the final disposition is in Defendants' favor,

STIPULATION AND [PROPOSED] ORDER EXTENDING THE DEADLINE FOR MOTION ON ATTORNEYS' FEES, COSTS, AND OTHER EXPENSES
Case No. 4:21-cv-00344-JSW – Page 1

granting the requested extension may alleviate the Court's need to resolve a motion for fees and costs.

Accordingly, the Parties respectfully request the Court adopt this stipulation and enter an order extending the deadline to file any motion for attorneys' fees, costs, and other expenses until 30 days following the deadline for an appeal, or, if an appeal is noticed, 30 days following the entry of the Ninth Circuit's mandate resolving any appeal.

Respectfully submitted this 17th day of February, 2022.

/s/ Kristen L. Boyles
KRISTEN L. BOYLES, CA No. 158450
MICHAEL MAYER (WA No. 32135)*
Earthjustice
810 Third Avenue, Suite 610
Seattle, WA 98104
Tel: (206) 343-7340
kboyles@earthjustice.org
mmayer@earthjustice.org

TIMOTHY J. PRESO (MT No. 5255)*
Earthjustice
313 East Main Street
Bozeman, MT 59715
Tel: (406) 586-9695
tpreso@earthjustice.org

GREGORY C. LOARIE, CA No. 215859
Earthjustice
50 California Street, Suite 500
San Francisco, CA 94111
Tel: (415) 217-2000
gloarie@earthjustice.org

*Counsel for Plaintiffs Defenders of Wildlife et al.*

JASON FLANDERS, CA No. 238007
Aqua Terra Aeris Law Group
4030 Martin Luther King Jr. Way
Oakland, CA 94609
Tel: (916) 202-3018
jrf@atalawgroup.com

*/s/ John R. Mellgren*
JOHN R. MELLGREN (OR No. 114620)*
Western Environmental Law Center
120 Shelton McMurphey Boulevard, Suite 340
Eugene, OR 97401
Tel: (541) 359-0090
mellgren@westernlaw.org

KELLY E. NOKES (CO No. 51877)*
Western Environmental Law Center
P.O. Box 218
Buena Vista, CO 81211
Tel: (575) 613-8051
nokes@westernlaw.org

*Counsel for Plaintiffs WildEarth Guardians, et al.*

*/s/ Francis W. Sturges, Jr.*
FRANCIS W. STURGES, JR. (IL No. 6336824)*
Natural Resources Defense Council
20 North Wacker Drive, Suite 1600
Chicago, IL 60606
Tel: (312) 847-6807; Fax: (415) 795-4799
fsturges@nrdc.org

JARED E. KNICLEY (DC No. 1027257)*
Natural Resources Defense Council
1152 15th Street NW, Suite 300
Washington, DC 20005
Tel: (202) 513-6242; Fax: (415) 795-4799
jknicley@nrdc.org

KATHERINE DESORMEAU, CA No. 266463
Natural Resources Defense Council
111 Sutter Street, 21st Floor
San Francisco, CA 94104
Tel: (415) 875-6100; Fax: (415) 795-4799
kdesormeau@nrdc.org

*Counsel for Plaintiff Natural Resources Defense Council*

TODD KIM, Assistant Attorney General
SETH M. BARSKY, Section Chief
MEREDITH L. FLAX, Assistant Section Chief

*/s/ Michael R. Eitel*

STIPULATION AND [PROPOSED] ORDER EXTENDING THE DEADLINE FOR MOTION
ON ATTORNEYS' FEES, COSTS, AND OTHER EXPENSES
Case No. 4:21-cv-00344-JSW – Page 3

MICHAEL R. EITEL, Senior Trial Attorney
U.S. Department of Justice
Environment & Natural Resources Division Wildlife & Marine Resources Section
999 18th Street, South Terrace 370
Denver, CO 80202
Tel: (303) 844-1479; Fax: (303) 844-1375
Michael.Eitel@usdoj.gov

*Attorneys for Federal Defendants*

/s/ Jeremy E. Clare
Jeremy E. Clare (D.C. Bar No. 1015688)*
Regina Lennox (D.C. Bar No. 1671299)*
Safari Club International
501 2nd Street N.E.
Washington, D.C. 20002
Tel: (202) 543-8733
jclare@safariclub.org
rlennox@safariclub.org

*Attorneys for Defendant-Intervenor Safari Club International*

Michael T. Jean (MI Bar No. P76010)*
Hadan W. Hatch (UT Bar No. 17671)*
National Rifle Association of America
11250 Waples Mill Road
Fairfax, VA 22030
Tel: (703) 267-1161
mjean@nrahq.org
hhatch@nrahq.org

*Attorneys for Defendant-Intervenor National Rifle Association of America*

/s/ Jason Deforest
JASON DEFOREST (Utah Bar No. 14628)*
KELSIE LAST, CA No. 319614
Assistant Attorneys General
SEAN D. REYES (Utah Bar No. 7969)
Utah Attorney General
Utah Attorney General's Office
5110 State Office Building
P.O. Box 142477
Salt Lake City, UT 84114-4277
Tel: (801) 537-9801

STIPULATION AND [PROPOSED] ORDER EXTENDING THE DEADLINE FOR MOTION ON ATTORNEYS' FEES, COSTS, AND OTHER EXPENSES
Case No. 4:21-cv-00344-JSW – Page 4

jdeforest@agutah.gov
klast@agutah.gov

*Attorneys for Defendant-Intervenor State of Utah*

*\*Admitted pro hac vice*

## E-FILING ATTESTATION

Pursuant to Civil Local Rule 5-1(h)(3), I attest that John R. Mellgren, Francis W. Sturges, Jr., Michael R. Eitel, Jeremy E. Clare, and Jason Deforest have concurred in the filing of this document.

/s/ Kristen L. Boyles
KRISTEN L. BOYLES, Cal. Bar No. 158450
*Counsel for Plaintiffs Defenders of Wildlife et al.*

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: February 18, 2022

_____
HONORABLE JEFFREY S. WHITE
Senior United States District Judge