TODD KIM, Assistant Attorney General
SETH M. BARSKY, Section Chief
MEREDITH L. FLAX, Assistant Section Chief
MICHAEL R. EITEL, Senior Trial Attorney
ASTRID STUTH CEVALLOS, Trial Attorney
U.S. Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
999 18th Street, South Terrace 370
Denver, Colorado 80202
Phone: (303) 844-1479 (Eitel)
       (202) 305-5751 (Cevallos)
Fax:   (303) 844-1375 (Eitel)
       (202) 305-0275 (Cevallos)
Email: Michael.Eitel@usdoj.gov
       Astrid.Cevallos@usdoj.gov

*Attorneys for Federal Defendants*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEFENDERS OF WILDLIFE, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> U.S. FISH AND WILDLIFE SERVICE, et al., <br><br> Federal Defendants. | Case No. 4:21-cv-00344-JSW <br><br> **ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED** |

This case and two other pending lawsuits—*WildEarth Guardians v. Haaland*, 4:21-cv-349-JSW, and *Natural Resources Defense Council v. U.S. Department of the Interior*, 4:21-cv-561-JSW—challenge the U.S. Fish & Wildlife Service's 2020 Rule delisting gray wolves. The Court related the three cases (ECF 17), resolved cross-motions for summary judgment (ECF 138), and entered Judgment in Plaintiffs' favor (ECF 139). Because the time for appeal has not lapsed, a final judgment has not yet issued in the three related cases.

Under Civil L.R. 3-12 and 7-11, Federal Defendants provide the Court with notice of a fourth case recently transferred to this District that is related to these three existing lawsuits—

*Aland v. U.S. Department of the Interior*, 3:22-cv-1321-JCS. Under Civil L.R. 3-12(d)(2), the "brief statement of the relationship of the actions according to the [two] criteria set forth in Civil L.R. 3-12(a)" is as follows:

1. Civil Local Rule 3-12(a)(1) provides that an action is related to another action when the actions "concern substantially the same parties, property, transaction or event." Here, the three existing related cases and *Aland*, 3:22-cv-1321, challenge the same final rule promulgated by the U.S. Fish and Wildlife Service ("Service") that removes gray wolves from the Endangered Species Act's ("ESA") list of endangered and threatened wildlife (Final Rule, 85 Fed. Reg. 69,778 (Nov. 3, 2020)). *See Defs. of Wildlife*, 4:21-cv-344, ECF 1 ¶ 1; *WildEarth Guardians*, 4:21-cv-349, ECF 1 ¶ 2; *Nat. Res. Def. Council*, 4:21-cv-561, ECF 1 ¶ 1; *Aland*, 3:22-cv-1321, ECF 1 ¶ 1. While the specific claims in *Aland* differ from those pled in the three related cases, all four actions involve the same Federal Defendants (U.S. Fish and Wildlife Service, Secretary of the Department of the Interior), the same subject matter (gray wolves), and the same "transaction or event" (the Service's final 2020 regulation).

2. Civil L.R. 3-12(a)(2) also provides that a case is related when judicial review of different actions before different judges would result in an "unduly burdensome duplication of labor and expense" or risk "conflicting results." *Aland* raises claims that are reviewed on the same administrative record that governed the Court's review of the claims in the three related cases. *See, e.g.*, *Aland*, 3:22-cv-1321, ECF 1 ¶ 10. Given the Court's familiarity with the Final Rule and the advanced stage of proceedings in the three related cases, assigning *Aland* to this Court will promote judicial efficiency.

For the reasons set forth above, the three existing related cases are also related to *Aland*, 3:22-cv-1321, within the meaning of Civil Local Rule 3-12(a).

DATED: March 9, 2022.

TODD KIM, Assistant Attorney General
SETH M. BARSKY, Section Chief
MEREDITH L. FLAX, Assistant Section Chief

|    |                                                                    |
|----|--------------------------------------------------------------------|
| 1  | /s/ Michael R. Eitel                                               |
|    | MICHAEL R. EITEL, Senior Trial Attorney                            |
| 2  |                                                                    |
| 3  | /s/ Astrid Stuth Cevallos                                          |
|    | ASTRID STUTH CEVALLOS, Trial Attorney                              |

/s/ Michael R. Eitel
MICHAEL R. EITEL, Senior Trial Attorney

/s/ Astrid Stuth Cevallos
ASTRID STUTH CEVALLOS, Trial Attorney
U.S. Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
999 18th Street, South Terrace 370
Denver, Colorado 80202
Phone: (303) 844-1479 (Eitel)
          (202) 305-5751 (Cevallos)
Fax:    (303) 844-1375 (Eitel)
          (202) 305-0275 (Cevallos)
Email: Michael.Eitel@usdoj.gov
          Astrid.Cevallos@usdoj.gov

*Attorneys for Federal Defendants*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEFENDERS OF WILDLIFE, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>U.S. FISH AND WILDLIFE SERVICE, et al.,<br><br>Federal Defendants. | Case No. 4:21-cv-00344-JSW<br><br>**CERTIFICATE OF SERVICE** |
| WILDEARTH GUARDIANS, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>DEBRA HAALAND, et al.,<br><br>Federal Defendants. | Case No. 4:21-cv-00349-JSW<br><br>**CERTIFICATE OF SERVICE** |
| NATURAL RESOURCES DEFENSE COUNCIL, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>U.S. DEPARTMENT OF THE INTERIOR, et al.,<br><br>Federal Defendants. | Case No. 4:21-cv-00561-JSW<br><br>**CERTIFICATE OF SERVICE** |
| ROBERT H. ALAND,<br><br>Plaintiff,<br><br>vs.<br><br>U.S. DEPARTMENT OF THE INTERIOR, et al.,<br>Federal Defendants. | Case No. 3:22-cv-01321-JCS<br><br>**CERTIFICATE OF SERVICE** |

I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such to the attorneys of record. I also certify that I caused to be sent, via electronic mail, the foregoing to the following counsel of record:

Robert H. Aland
140 Old Green Bay Road
Winnetka, IL 60093
Phone: (847) 784-0994
Email: rhaland@comcast.net

John R. Mellgren
Western Environmental Law Center
120 Shelton McMurphey Blvd., Ste. 340
Eugene, OR 97401
Phone: (541) 359-0990
Email: mellgren@westernlaw.org

Kelly Elizabeth Nokes
Western Environmental Law Center
P.O. Box 218
Buena Vista, CO 81211
Phone: (575) 613-0851
Email: nokes@westernlaw.org

Jason Robert Flanders
Aqua Terra Aeris Law Group
4030 Martin Luther King Jr. Way
Oakland, CA 94609
Phone: (916) 202-3018
Email: jrf@atalawgroup.com

Jared Eldridge Knicley
Natural Resources Defense Council
1152 15th St. NW, Suite 300
Washington, DC 20005
Phone: (202) 513-6242
Email: jknicley@nrdc.org

Katherine K. Desormeau
Natural Resources Defense Council
111 Sutter St., 21st Floor
San Francisco, CA 94104
Phone: (415) 875-6158
Email: kdesormeau@nrdc.org

Francis William Sturges, Jr.
Natural Resources Defense Council
20 N. Wacker Drive, Suite 1600
Chicago, IL 60606
Phone: (312) 847-6807
Email: fsturges@nrdc.org

Andrew Adams
Hogen Adams PLLC
1935 County Rd. B2 W, Suite 460
St. Paul, MN 55113
Phone: (651) 842-9100
Email: Aadams@hogenadams.com

Deborah Ann Sivas
Environmental Law Clinic
Mills Legal Clinic at Stanford Law School
Crown Quadrangle 559
Nathan Abbott Way
Stanford, CA 94305
Phone: (650) 723-0325
Email: Dsivas@stanford.edu

Karma Barsam Brown
Hunton Andrews Kurth LLP
2200 Pennsylvania Avenue, N.W.
Washington, DC 20037
Phone: (202) 955-1893
Email: Kbbrown@huntonak.com

Marguerite Clare Ellis
Hunton Andrews Kurth LLP
50 California Street, Suite 1700
San Francisco, CA 94111
Phone: (415) 975-3708
Email: Cellis@huntonak.com

Stanford H. Atwood, Jr.
Atwood & Associates
750 University Avenue, Suite 130

| | |
|---|---|
| Los Gatos, CA 95032<br>Phone: (408) 935-5503<br>Email: Stanford@atwoodlaw.net<br><br>Hadan W. Hatch<br>National Rifle Association<br>Office of Litigation Counsel<br>11250 Waples Mill Road<br>Fairfax, VA 22030<br>Phone: (703) 267-1161<br>Email: Hhatch@nrahq.org<br><br>Michael T. Jean<br>NRA – ILA<br>11250 Waples Mill Road<br>Fairfax, VA 22030<br>Phone: (703) 267-1158<br>Email: Mjean@nrahq.org<br><br>Jeremy Evan Clare<br>Safari Club International<br>501 2nd St NE<br>Washington, DC 20002<br>Phone: (202) 609-8179<br>Email: Jclare@safariclub.org<br><br>Regina Lennox<br>Safari Club International<br>501 2nd St NE<br>Washington, DC 20002<br>Phone: (202) 309-7862<br>Email: Rlennox@safariclub.org<br><br>James Hardwick Lister<br>Birch Horton Bittner and Cherot<br>1100 Connecticut Avenue, NW, Suite 825<br>Washington, DC 20036<br>Phone: (202) 659-5800<br>Email: Jlister@bhb.com<br><br>Jonathan David Wolf<br>Berliner Cohen<br>10 Almaden Blvd., Suite 1100<br>San Jose, CA 95113<br>Phone: (408) 286-5800<br>Email: Jonathan.Wolf@berliner.com | Angela Hoffman Shaw<br>Berliner Cohen<br>10 Almaden Blvd., Suite 1100<br>San Jose, CA 95113<br>Phone: (408) 286-5800<br>Email: Angela.Shaw@berliner.com<br><br>George Richard Pitts<br>Rubin and Rudman, LLP<br>800 Connecticut Avenue, NW, Suite 400<br>Washington, DC<br>Phone: (240) 356-1566<br>Email: Gpitts@bhb.com<br><br>Jason DeForest<br>Utah Attorney General's Office<br>350 North State Street, Suite 5110<br>Salt Lake City, UT 84114<br>Phone: (385) 395-9884<br>Email: Jdeforest@agutah.gov<br><br>Kelsie Lynn Last<br>Utah Attorney General's Office<br>350 North State Street, Suite 5110<br>Salt Lake City, UT 84114<br>Phone: (801) 537-9814<br>Email: Klast@agutah.gov<br><br>Jeffrey Rasmussen<br>Patterson Earnhart Real Bird Wilson LLP<br>1900 Plaza Drive<br>Louisville, CO 80027<br>Phone: (303) 926-5292<br>Email: Jrasmussen@nativelawgroup.com<br><br>Jeremy Joseph Patterson<br>Patterson Earnhart Real Bird Wilson LLP<br>1900 Plaza Drive<br>Louisville, CO 80027<br>Phone: (303) 926-5292<br>Email: Jpatterson@nativelawgroup.com | |

Notice Related Case, 4:21-cv-00344-JSW                                                                                          2

| | | |
|---|---|---|
| 1 | Paul Pickering Spaulding, III<br>Shartsis Friese LLP | Lane Ruhland<br>Ruhland Law and Strategy, LLC |
| 2 | One Maritime Plaza, 18th Floor<br>San Francisco, CA 94111 | 215 S Century Avenue #198<br>Waunakee, WI 53597 |
| 3 | Phone: (415) 421-6500<br>Email: Sspaulding@sflaw.com | Phone: (608) 434-1497<br>Email: Lane@ruhlandlaw.com |
| 4 | | |
| 5 | Sanjeet Sham Ganjam<br>Shartsis Friese LLP | George M. Lee<br>Seiler Epstein LLP |
| 6 | One Maritime Plaza, 18th Floor<br>San Francisco, CA 94111 | 275 Battery Street, Suite 1600<br>San Francisco, CA 94111 |
| 7 | Phone: (415) 421-6500<br>Email: Sganjam@sflaw.com | Phone: (415) 979-0500<br>Email: Gml@seilerepstein.com |
| 8 | | |
| 9 | Suzanne Spaulding Orza<br>Shartsis Friese LLP | |
| 10 | One Maritime Plaza, 18th Floor | |
| 11 | San Francisco, CA 94111<br>Phone: (415) 421-6500 | |
| 12 | Email: Sorza@sflaw.com | |

/s/ *Astrid Stuth Cevallos*
ASTRID STUTH CEVALLOS