UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT H. ALAND,<br><br>        Plaintiff,<br><br>   v.<br><br>U.S. DEPARTMENT OF THE INTERIOR, et al.,<br><br>        Defendants. | Case No.  21-cv-00344-JSW<br>             21-cv-00349-JSW<br>             21-cv-00561-JSW<br>             22-cv-01321-JSW<br><br>**ORDER REGARDING FILINGS IN RELATED CASES AND REMINDER TO COUNSEL** |

On March 25, 2022, Plaintiff filed a motion to compel requesting relief in *Aland v. U.S. Dep't of Interior*, 22-cv-01321-JSW. Plaintiff improperly filed the motion in the three related cases, which are closed. The Court will terminate the motions in the related cases. The Court advises counsel that motions relevant only to the newly filed *Aland* case should not be filed in the related cases.

**IT IS SO ORDERED.**

Dated: March 31, 2022

_____
JEFFREY S. WHITE
United States District Judge