Stanford H. Atwood, Jr., CA Bar No. 37362
Atwood & Associates
750 University Avenue, Suite 130
Los Gatos, California 95032
Tel: 408-395-5503
Fax: 408-395-5519
stanford@atwoodlaw.net

Michael T. Jean, MI Bar No. P76010*
National Rifle Association of America
11250 Waples Mill Road
Fairfax, Virginia 22030
Tel: 703-267-1161
mjean@nrahq.org

Jeremy E. Clare, D.C. Bar No. 1015688*
Regina Lennox, D.C. Bar No. 1671299*
Safari Club International
501 2nd Street N.E.
Washington, D.C. 20002
Tel: 202-543-8733
jclare@safariclub.org
rlennox@safariclub.org

*Attorneys for Defendant-Intervenors*
*National Rifle Association of America and*
*Safari Club International*
*Appearing pro hac vice*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| DEFENDERS OF WILDLIFE, *et al.*,<br><br>    Plaintiffs,<br><br>vs.<br><br>U.S. FISH AND WILDLIFE SERVICE, *et al.*,<br><br>    Defendants, and | Case No. 4:21-cv-344-JSW<br>    4:21-cv-349-JSW<br>    4:21-cv-561-JSW<br><br>**NOTICE OF APPEAL BY NATIONAL RIFLE ASSOCIATION OF AMERICA AND SAFARI CLUB INTERNATIONAL** |

Notice of Appeal by NRA and SCI, Case No. 4:21-cv-344-JSW, 4:21-cv-349-JSW, 4:21-cv-561-JSW

1

| | |
|---|---|
| 1 | NATIONAL RIFLE ASSOCIATION OF AMERICA and SAFARI CLUB INTERNATIONAL, |
| 2 | |
| 3 | Defendant-Intervenors. |
| 4 | |
| 5 | WILDEARTH GUARDIANS, *et al.*, |
| 6 | Plaintiffs, |
| 7 | vs. |
| 8 | DEBRA HAALAND, *et al.*, |
| 9 | Defendants, and |
| 10 | NATIONAL RIFLE ASSOCIATION OF AMERICA and SAFARI CLUB INTERNATIONAL, |
| 11 | |
| 12 | Defendant-Intervenors. |
| 13 | |
| 14 | NATURAL RESOURCES DEFENSE COUNCIL, INC., |
| 15 | Plaintiff, |
| 16 | |
| 17 | vs. |
| 18 | UNITED STATES DEPARTMENT OF THE INTERIOR, *et al.*, |
| 19 | Defendants, and |
| 20 | NATIONAL RIFLE ASSOCIATION OF AMERICA and SAFARI CLUB INTERNATIONAL, |
| 21 | |
| 22 | Defendant-Intervenors. |
| 23 | |

1    Please take notice that Defendant-Intervenors National Rifle Association of America and
2 Safari Club International jointly appeal to the United States Court of Appeals for the Ninth
3 Circuit from this Court's February 10, 2022 Order Resolving Cross-Motions for Summary
4 Judgment in favor of Plaintiffs and against Defendants, and from the February 10, 2022
5 Judgment entered in favor Plaintiffs and against Defendants.  Dkt. 138, Dkt. 139.  Defendant-
6 Intervenors appeal only the findings for which this Court granted Plaintiffs' Motion for
7 Summary Judgment, including that remand with vacatur is appropriate.  Dkt. 138.

8    Defendant-Intervenors' Representation Statement is attached to this notice pursuant to
9 Federal Rule of Appellate Procedure 12(b) and Ninth Circuit Rules 3-2(b) and 12-2.

10   Dated: April 11, 2022.

Respectfully Submitted,

Stanford H. Atwood, Jr.
CA Bar No. 37362
Atwood & Associates
750 University Avenue, Suite 130
Los Gatos, California 95032
Tel:  408-395-5503
Fax: 408-395-5519
stanford@atwoodlaw.net

Michael T. Jean, MI Bar No. P76010*
National Rifle Association of America
11250 Waples Mill Road
Fairfax, Virginia 22030
Tel:  703-267-1161
Fax: 703-267-3976
mjean@nrahq.org

/s/ Jeremy E. Clare
Jeremy E. Clare, D.C. Bar No. 1015688*
Regina Lennox, D.C. Bar No. 1671299*
Safari Club International
501 2nd Street N.E.
Washington, D.C.  20002
Tel:  202-543-8733
Fax: 202-403-2244

Notice of Appeal by NRA and SCI, Case No. 4:21-cv-344-JSW, 4:21-cv-349-JSW, 4:21-cv-561-JSW

3

jclare@safariclub.org
rlennox@safariclub.org

*Attorneys for Defendant-Intervenors*
*National Rifle Association of America and*
*Safari Club International*
\*Appearing *pro hac vice*

Notice of Appeal by NRA and SCI, Case No. 4:21-cv-344-JSW, 4:21-cv-349-JSW, 4:21-cv-561-JSW

4

# REPRESENTATION STATEMENT

**Counsel for Joint Defendant-Intervenor-Appellants**

| | |
|---|---|
| Michael T. Jean<br>National Rifle Association of America<br>11250 Waples Mill Road<br>Fairfax, Virginia 22030<br>Tel: 703-267-1161<br>mjean@nrahq.org | Jeremy E. Clare<br>Regina Lennox<br>Safari Club International<br>501 2nd Street N.E.<br>Washington, D.C. 20002<br>Tel: 202-543-8733<br>jclare@safariclub.org<br>rlennox@safariclub.org |

**Counsel for Plaintiff-Appellees**

*Defenders of Wildlife, et al. (Case No. 21-cv-344)*

| | |
|---|---|
| Timothy J. Preso<br>Earthjustice<br>209 S. Willson Avenue<br>Bozeman, MT 59718<br>Tel: 406-586-9699<br>tpreso@earthjustice.org | Michael Mayer<br>810 Third Ave., Suite 610<br>Seattle, WA 98104<br>Tel: 206-343-7340<br>mmayer@earthjustice.org |
| Gregory C. Loarie<br>Earthjustice<br>50 California Street, Suite 500<br>San Francisco, CA 94111<br>Tel: 415-217-2000<br>gloarie@earthjustice.org | Kristen Lee Boyles<br>Earthjustice<br>810 Third Avenue, Suite 610<br>Seattle, WA 98104<br>Tel: 206-343-7340 x33<br>kboyles@earthjustice.org |

*WildEarth Guardians, et al. (Case No. 21-cv-349)*

| | |
|---|---|
| John R Mellgren<br>Western Environmental Law Center<br>120 Shelton McMurphey Blvd., Ste 340<br>Eugene, OR 97401<br>Tel: 541-359-0990<br>mellgren@westernlaw.org | Kelly E Nokes<br>Western Environmental Law Center<br>P.O. Box 18<br>Buena Vista, CO 81211<br>Tel: 575-613-8051<br>nokes@westernlaw.org |

Notice of Appeal by NRA and SCI, Case No. 4:21-cv-344-JSW, 4:21-cv-349-JSW, 4:21-cv-561-JSW

5

Jason Robert Flanders
Aqua Terra Aeris Law Group
4030 Martin Luther King Jr. Way
Oakland, CA 94609
Tel: 916-202-3018
jrf@atalawgroup.com

*Natural Resources Defense Council, Inc. (Case No. 21-cv-561)*

| | |
|---|---|
| Jared Eldridge Knicley<br>NRDC<br>1152 15th St. NW,<br>Suite 300<br>Washington, DC 20005<br>Tel: 202-513-6242<br>jknicley@nrdc.org | Francis William Sturges, Jr.<br>Natural Resources Defense Council<br>20 N. Wacker Dr.<br>Chicago, IL 60606<br>Tel: 312-847-6807<br>fsturges@nrdc.org |

Katherine K Desormeau
Natural Resources Defense Council
111 Sutter Street, 21st floor
San Francisco, CA 94104
Tel: 415-875-6158
kdesormeau@nrdc.org

**Counsel for Federal Defendant-Appellees**

| | |
|---|---|
| Michael Richard Eitel<br>U.S. Department of Justice<br>Environment and Natural Resources Division<br>Wildlife and Marine Resources Section<br>999 18th Street, South Terrace 370<br>Denver, CO 80202<br>Tel: 303-844-1479<br>michael.eitel@usdoj.gov | Astrid Stuth Cevallos<br>DOJ-ENRD<br>ENRD<br>150 M St NE<br>Washington, DC 20002<br>Tel: 202-305-5751<br>astrid.cevallos@usdoj.gov |

**Counsel for Defendant-Intervenor-Appellee State of Utah**

Jason DeForest
Utah Attorney General's Office
350 North State Street, Suite 5110
Salt Lake City, UT 84114
Tel: 385-395-9884
jdeforest@agutah.gov

Notice of Appeal by NRA and SCI, Case No. 4:21-cv-344-JSW, 4:21-cv-349-JSW, 4:21-cv-561-JSW

6

**CERTIFICATE OF SERVICE**

I hereby certify that on April 11, 2022, I caused the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system, which will serve all counsel of record.

/s/ Jeremy Clare
Jeremy Clare