TODD KIM, Assistant Attorney General
SETH M. BARSKY, Section Chief
MEREDITH L. FLAX, Assistant Section Chief
MICHAEL R. EITEL, Senior Trial Attorney
U.S. Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
999 18th Street, South Terrace 370
Denver, Colorado 80202
Phone: (303) 844-1479 / Fax: (303) 844-1375
Email: Michael.Eitel@usdoj.gov

*Attorneys for Federal Defendants*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEFENDERS OF WILDLIFE, et al.,<br><br>  Plaintiffs,<br><br>  v.<br><br>U.S. FISH AND WILDLIFE SERVICE, et al.,<br><br>  Defendants. | Case No. 4:21-cv-00344-JSW<br>4:21-cv-00349-JSW<br>4:21-cv-00561-JSW |
| WILDEARTH GUARDIANS, et al.,<br><br>  Plaintiffs,<br><br>  v.<br><br>DEBRA HAALAND, U.S. SECRETARY OF THE INTERIOR, et al.,<br><br>  Defendants. | **FEDERAL DEFENDANTS' NOTICE OF APPEAL** |
| NATURAL RESOURCES DEFENSE COUNCIL, INC.,<br><br>  Plaintiffs,<br><br>  v.<br><br>UNITED STATES DEPARTMENT OF THE INTERIOR, et al.,<br><br>  Defendants. | |

Federal Defendants in each of the three above-captioned related cases—the U.S. Department of the Interior, Debra Haaland, Secretary of the Interior, the U.S. Fish and Wildlife Service, and Martha Williams, Director of the U.S. Fish and Wildlife Service—appeal to the United States Court of Appeals for the Ninth Circuit from the District Court's February 10, 2022 Order Resolving Cross-Motions for Summary Judgment[1] and its February 10, 2022 Judgment.[2]

This Notice of Appeal is timely under Federal Rule of Appellate Procedure 4(a)(3). A Representation Statement is attached pursuant to Ninth Circuit Rule 3-2(b).

DATED: April 25, 2022

TODD KIM, Assistant Attorney General
SETH M. BARSKY, Section Chief
MEREDITH L. FLAX, Assistant Section Chief

*/s/ Michael R. Eitel*
MICHAEL R. EITEL, Senior Trial Attorney
U.S. Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
999 18th Street, South Terrace 370
Denver, Colorado 80202
Phone: (303) 844-1479 / Fax: (303) 844-1375
Email: Michael.Eitel@usdoj.gov

OF COUNSEL:

KRISTEN BYRNES FLOOM
U.S. Department of the Interior
Office of the Solicitor

---

[1] *See Defs. of Wildlife v. U.S. Fish and Wildlife Serv.*, 21-cv-344-JSW, ECF 138; *WildEarth Guardians v. Haaland*, 21-cv-349-JSW, ECF 128; *Nat. Res. Def. Council v. U.S. Dep't of the Interior*, 21-cv-561-JSW, ECF 118.

[2] *See Defs. of Wildlife v. U.S. Fish and Wildlife Serv.*, 21-cv-344-JSW, ECF 139; *WildEarth Guardians v. Haaland*, 21-cv-349-JSW, ECF 129; *Nat. Res. Def. Council v. U.S. Dep't of the Interior*, 21-cv-561-JSW, ECF 119.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEFENDERS OF WILDLIFE, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>U.S. FISH AND WILDLIFE SERVICE, et al.,<br><br>    Defendants. | Case No. 4:21-cv-00344-JSW<br>          4:21-cv-00349-JSW<br>          4:21-cv-00561-JSW |
| WILDEARTH GUARDIANS, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>DEBRA HAALAND, U.S. SECRETARY OF THE INTERIOR, et al.,<br><br>    Defendants. | **CERTIFICATE OF SERVICE** |
| NATURAL RESOURCES DEFENSE COUNCIL, INC.,<br><br>    Plaintiffs,<br><br>    v.<br><br>UNITED STATES DEPARTMENT OF THE INTERIOR, et al.,<br><br>    Defendants. | |

   I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such to the attorneys of record.

                                                  /s/ Michael R. Eitel
                                                MICHAEL R. EITEL