TODD KIM, Assistant Attorney General
SETH M. BARSKY, Section Chief
MEREDITH L. FLAX, Assistant Section Chief
MICHAEL R. EITEL, Senior Trial Attorney
U.S. Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
999 18th Street, South Terrace 370
Denver, Colorado 80202
Phone: (303) 844-1479 / Fax: (303) 844-1375
Email: Michael.Eitel@usdoj.gov

*Attorneys for Federal Defendants*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEFENDERS OF WILDLIFE, et al., <br><br> Plaintiffs, <br><br> v. <br><br> U.S. FISH AND WILDLIFE SERVICE, et al., <br><br> Defendants. | Case No. 4:21-cv-00344-JSW <br> 4:21-cv-00349-JSW <br> 4:21-cv-00561-JSW |
| WILDEARTH GUARDIANS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DEBRA HAALAND, U.S. SECRETARY OF THE INTERIOR, et al., <br><br> Defendants. | **REPRESENTATION STATEMENT** |
| NATURAL RESOURCES DEFENSE COUNCIL, INC., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF THE INTERIOR, et al., <br><br> Defendants. | |

1  Under Circuit Rules 3-2 and 12-2, Federal Defendants provide this Representation
2  Statement of parties and counsel:

**Representation List: 4:21-cv-344-JSW**

| | |
|---|---|
| Defenders of Wildlife; Center for Biological Diversity; Sierra Club; National Parks Conservation Association; Oregon Wild; Humane Society of the United States<br><br>*Plaintiffs* | Timothy J. Preso<br>Earthjustice<br>209 S. Willson Avenue<br>Bozeman, MT 59718<br>406-586-9699<br>Fax: 406-586-9695<br>Email: tpreso@earthjustice.org<br><br>Gregory C. Loarie<br>Earthjustice<br>50 California Street, Suite 500<br>San Francisco, CA 94111<br>(415) 217-2000<br>Fax: (415) 217-2040<br>Email: gloarie@earthjustice.org<br><br>Michael Mayer<br>810 Third Ave., Suite 610<br>Seattle, WA 98104<br>(206) 343-7340<br>Email: mmayer@earthjustice.org<br><br>Kristen Lee Boyles<br>Earthjustice<br>810 Third Avenue, Suite 610<br>Seattle, WA 98104<br>(206) 343-7340 x33<br>Fax: (206) 343-1526<br>Email: kboyles@earthjustice.org |
| United States Fish and Wildlife Service; Debra Haaland, U.S. Secretary of the Interior<br><br>*Defendants* | Michael Richard Eitel<br>U.S. Department of Justice<br>Environment And Natural Resources Division<br>Wildlife And Marine Resources Section<br>999 18th Street, South Terrace 370<br>Denver, CO  80202<br>303-844-1479  Fax: 303-844-1350<br>Email:Michael.Eitel@usdoj.Gov<br><br>Astrid Stuth Cevallos<br>DOJ-Enrd<br>150 M St NE<br>Washington, DC 20002<br>202-305-5751<br>Email: astrid.cevallos@usdoj.gov |

| | | |
|---|---|---|
| 1 | State of Utah | Jason DeForest |
| 2 | *Defendant-Intervenor* | Utah Attorney General's Office<br>350 North State Street, Suite 5110<br>Salt Lake City, UT  84114<br>385-395-9884  Email:Jdeforest@agutah.Gov |
| 3 | | |
| 4 | | Kelsie Lynn Last<br>Utah Attorney General's Office |
| 5 | | 5110 State Office Building<br>Salt Lake Cty, UT  84114 |
| 6 | | 801-537-9814  Email:Klast@agutah.Gov |
| 7 | American Farm Bureau Federation;<br>American Forest Resource Council; | Karma Barsam Brown<br>Hunton Andrews Kurth LLP |
| 8 | American Sheep Industry<br>Association; National Cattlemen's | 2200 Pennsylvania Avenue, N.W.<br>Washington, DC  20037 |
| 9 | Beef Association; Public Lands<br>Council | 202-955-1893  Email:Kbbrown@huntonak.Com |
| 10 | | Marguerite Clare Ellis |
| 11 | *Amicus Curaie* | Hunton Andrews Kurth LLP<br>50 California Street, Suite 1700 |
| 12 | | San Francisco, CA  94111<br>(415) 975-3708  Fax: (415) 975-3701 |
| 13 | | Email:Cellis@huntonak.Com |
| 14 | National Rifle Association of<br>America | Stanford H. Atwood , Jr.<br>Atwood & Associates |
| 15 | *Defendant-Intervenor* | 750 University Avenue Suite 130<br>Los Gatos, CA  95032 |
| 16 | | (408) 395-5503  Fax: (408) 395-5519<br>Email:Stanford@atwoodlaw.Net |
| 17 | | |
| 18 | | Hadan W Hatch<br>National Rifle Association |
| 19 | | Office Of Litigation Counsel  11250 Waples Mill Road<br>Fairfax, VA  22030 |
| 20 | | 703-267-1161  Fax: 703-267-3976<br>Email:Hhatch@nrahq.Org |
| 21 | | Michael T Jean |
| 22 | | 11250 Waples Mill Road  United Sta<br>Fairfax, VA  22030 |
| 23 | | (703) 267-1158  Email:Mjean@nrahq.Org |
| 24 | Safari Club International | Jeremy Evan Clare<br>Safari Club International |
| 25 | *Defendant-Intervenor* | 501 2nd St Ne  United Sta<br>Washington, DC  20002 |
| 26 | | 202-609-8179  Fax: 202-403-2244<br>Email:Jclare@safariclub.Org |
| 27 | | Regina Lennox |
| 28 | | Safari Club International |

Case Nos. 4:21-cv-344, 4:21-cv-349, 4:21-cv-561                                                                                                                 2

| | | |
|---|---|---|
| 1 | | 501 2nd St Ne |
| 2 | | Washington, DC  20002 |
| | | 202-309-7862  Email:Rlennox@safariclub.Org |
| 3 | Sportsmens Alliance Foundation; | James Hardwick Lister |
| | Rocky Mountain Elk Foundation; | Birch Horton Bittner and Cherot |
| 4 | Wisconsin Bear Hunters Association; Michigan Bear | 1100 Connecticut Avenue, Nw Suite 825 Washington, DC  20036 |
| 5 | Hunters Association | 202-659-5800  Email:Jlister@bhb.Com |
| 6 | *Amicus Curiae* | Jonathan David Wolf |
| | | Berliner Cohen |
| 7 | | 10 Almaden Blvd. Suite1100 |
| | | San Jose, CA  95113-2233 |
| 8 | | 408-286-5800  Fax: 408-998-5388 |
| | | Email:Jonathan.Wolf@berliner.Com |
| 9 | | |
| | | Angela Hoffman Shaw |
| 10 | | Berliner Cohen, LLP |
| | | 10 Almaden Blvd.  Ste. 1100 |
| 11 | | San Jose, CA  95113 |
| | | (408) 286-5800  Fax: (408) 998-5388 |
| 12 | | Email:Angela.Shaw@berliner.Com |
| 13 | | George Richard Pitts |
| | | Rubin and Rudman, LLP |
| 14 | | 800 Connecticut Avenue, Nw Suite 400  Washington |
| 15 | | Washington, DC  20006 |
| | | 240-356-1566  Fax: 202-223-1879 |
| 16 | | Email:Gpitts@bhb.Com |
| 17 | Sault Ste. Marie Tribe of Chippewa | Jeffrey Rasmussen |
| | Indians; | Patterson Earnhart Real Bird Wilson LLP |
| 18 | Animal Wellness Action; | 1900 Plaza Drive  United Sta |
| | Animal Wellness Foundation; | Louisville, CO  80027 |
| 19 | Alliance for Animals; | 303-926-5292  Fax: 303-926-5293 |
| | Earthday.Org; Friends of the | Email:Jrasmussen@nativelawgroup.Com |
| 20 | Wisconsin Wolf & Wildlife; Good Wolf; League of Humane Voters – | Jeremy Joseph Patterson |
| 21 | Wisconsin; National Wolfwatcher | Patterson Earnhart Real Bird and Wilson LLP |
| | Coalition; Plan B for Wolves; | 1900 Plaza Drive  United Sta |
| 22 | SPCA International; The Center for | Louisville, CO  80027 |
| | a Humane Economy; The 06 | 303-926-5292  Fax: 303-926-5293 |
| 23 | Legacy; Wisconsin Wolf Front United; Wolf Patrol | Email:Jpatterson@nativelawgroup.Com |
| 24 | | Paul Pickering Spaulding , III |
| | *Amicus* | Shartsis Friese LLP |
| 25 | | One Maritime Plaza, 18th Floor |
| | | San Francisco, CA  94111 |
| 26 | | (415) 421-6500  Email:Sspaulding@sflaw.Com |
| 27 | | Sanjeet Sham Ganjam |
| 28 | | Shartsis Friese LLP |


|   |   |   |
|---|---|---|
| 1 | | One Maritime Plaza, 18th Floor |
| 2 | | San Francisco, CA 94111<br>(415) 421-6500  Fax: (415) 421-2922<br>Email:Sganjam@sflaw.Com |
| 3 | | Suzanne Spaulding Orza |
| 4 | | Shartsis Friese LLP<br>One Maritime Plaza, 18th Floor |
| 5 | | San Francisco, CA 94111<br>(415) 421-6500  Fax: (415) 421-2922 |
| 6 | | Email:Sorza@sflaw.Com |
| 7 | Red Cliff Band of Lake Superior Chippewa Indians | Andrew Adams<br>Hogen Adams PLLC |
| 8 | *Amicus* | 1935 County Rd B2 W. Suite 460<br>St Paul, MN 55113 |
| 9 | | 651-842-9100  Email:Aadams@hogenadams.Com |
| 10 | State of Michigan | Elizabeth Morrisseau<br>Michigan Office of the Attorney General |
| 11 | *Amicus* | G. Mennen Williams Building, 6th Floor<br>525 W. Ottawa Street |
| 12 | | Lansing, MI 48909<br>(517) 335-0695 |
| 13 | | Fax: (517) 373-7540<br>Email: morrisseaue@michigan.gov |
| 14 | | |
| 15 | Oregon Farm Bureau; Oregon Cattlemen's Association; Klamath County | Peter Stanley Prows<br>Briscoe Ivester Bazel LLP<br>235 Montgomery Street |
| 16 | | Suite 935 |
| 17 | *Amicus* | San Francisco, CA 94104<br>415-402-2708 |
| 18 | | Email: pprows@briscoelaw.net |
| 19 | | Dominic M Carollo<br>Carollo Law Group LLC |
| 20 | | 630 SE Jackson STE 1<br>P.O. Box 2456 |
| 21 | | Roseburg, OR 97470<br>541-957-5900 |
| 22 | | Email: dcarollo@carollolegal.com |
| 23 | Hunter Nation | Lane Ruhland |
| 24 | *Amicus* | Ruhland Law and Strategy, LLC<br>215 S Century Avenue  Number 198 |
| 25 | | Waunakee, WI 53597<br>608-434-1497  Email:Lane@ruhlandlaw.Com |
| 26 | | George M. Lee |
| 27 | | Seiler Epstein LLP<br>275 Battery Street Suite 1600 |
| 28 | | San Francisco, CA 94111 |

Fed. Defs. Rep Statement
Case Nos. 4:21-cv-344, 4:21-cv-349, 4:21-cv-561                                                                             4

415-979-0500  Fax: 415-979-0511
Email:Gml@seilerepstein.Com

**Representation List: 4:21-cv-349-JSW**

| | |
|---|---|
| Wildearth Guardians; Western Watersheds Project; Cascadia Wildlands; Environmental Protection Information Center; Klamath Forest Alliance; Klamath Siskiyou Wildlands Center; The Lands Council; Wildlands Network; Kettle Range Conservation Group<br><br>*Plaintiffs* | John R Mellgren<br>Western Environmental Law Center<br>120 Shelton McMurphey Blvd., Ste 340<br>Eugene, OR  97401<br>541-359-0990  Email:Mellgren@westernlaw.Org<br><br>Kelly E Nokes<br>Western Environmental Law Center<br>P.O. Box 18<br>Buena Vista, CO  81211<br>575-613-8051  Email:Nokes@westernlaw.Org<br><br>Jason Robert Flanders<br>Aqua Terra Aeris Law Group<br>4030 Martin Luther King Jr. Way<br>Oakland, CA  94609<br>(916) 202-3018  Email:Jrf@atalawgroup.Com |
| United States Department of the Interior; United States Fish and Wildlife Service; Martha Williams, Director United States Fish and Wildlife Service; Debra Haaland, U.S. Secretary of the Interior<br><br>*Defendants* | Michael Richard Eitel<br>U.S. Department of Justice<br>Environment And Natural Resources Division<br>Wildlife And Marine Resources Section<br>999 18th Street, South Terrace 370<br>Denver, CO  80202<br>303-844-1479  Fax: 303-844-1350<br>Email:Michael.Eitel@usdoj.Gov |
| American Farm Bureau Federation; American Forest Resource Council; American Sheep Industry Association; National Cattlemen's Beef Association; Public Lands Council<br><br>*Amicus Curaie* | Karma Barsam Brown<br>Hunton Andrews Kurth LLP<br>2200 Pennsylvania Avenue, N.W.<br>Washington, DC  20037<br>202-955-1893  Email:Kbbrown@huntonak.Com<br><br>Marguerite Clare Ellis<br>Hunton Andrews Kurth LLP<br>50 California Street, Suite 1700<br>San Francisco, CA  94111<br>(415) 975-3708  Fax: (415) 975-3701<br>Email:Cellis@huntonak.Com |
| National Rifle Association of America<br><br>*Defendant-Intervenor* | Stanford H. Atwood , Jr.<br>Atwood & Associates<br>750 University Avenue Suite 130<br>Los Gatos, CA  95032<br>(408) 395-5503  Fax: (408) 395-5519<br>Email:Stanford@atwoodlaw.Net |

Fed. Defs. Rep Statement
Case Nos. 4:21-cv-344, 4:21-cv-349, 4:21-cv-561

5

| | | |
|---|---|---|
| 1 | | Hadan W Hatch |
| 2 | | National Rifle Association |
| | | Office Of Litigation Counsel  11250 Waples Mill Road |
| 3 | | Fairfax, VA  22030 |
| | | 703-267-1161  Fax: 703-267-3976 |
| 4 | | Email:Hhatch@nrahq.Org |
| | | |
| 5 | | Michael T Jean |
| | | 11250 Waples Mill Road  United Sta |
| 6 | | Fairfax, VA  22030 |
| | | (703) 267-1158  Email:Mjean@nrahq.Org |
| 7 | Safari Club International | Jeremy Evan Clare |
| | | Safari Club International |
| 8 | *Defendant-Intervenor* | 501 2nd St Ne  United Sta |
| | | Washington, DC  20002 |
| 9 | | 202-609-8179  Fax: 202-403-2244 |
| | | Email:Jclare@safariclub.Org |
| 10 | | |
| | | Regina Lennox |
| 11 | | Safari Club International |
| | | 501 2nd St Ne |
| 12 | | Washington, DC  20002 |
| | | 202-309-7862  Email:Rlennox@safariclub.Org |
| 13 | | |
| 14 | Sportsmens Alliance Foundation; | James Hardwick Lister |
| | Rocky Mountain Elk Foundation; | Birch Horton Bittner and Cherot |
| 15 | Wisconsin Bear Hunters | 1100 Connecticut Avenue, Nw Suite 825 |
| | Association; Michigan Bear | Washington, DC  20036 |
| 16 | Hunters Association | 202-659-5800  Email:Jlister@bhb.Com |
| 17 | *Amicus Curiae* | Jonathan David Wolf |
| | | Berliner Cohen |
| 18 | | 10 Almaden Blvd. Suite1100 |
| | | San Jose, CA  95113-2233 |
| 19 | | 408-286-5800  Fax: 408-998-5388 |
| | | Email:Jonathan.Wolf@berliner.Com |
| 20 | | |
| | | Angela Hoffman Shaw |
| 21 | | Berliner Cohen, LLP |
| | | 10 Almaden Blvd.  Ste. 1100 |
| 22 | | San Jose, CA  95113 |
| | | (408) 286-5800  Fax: (408) 998-5388 |
| 23 | | Email:Angela.Shaw@berliner.Com |
| 24 | | |
| | | George Richard Pitts |
| 25 | | Rubin and Rudman, LLP |
| | | 800 Connecticut Avenue, Nw Suite 400  Washington |
| 26 | | Washington, DC  20006 |
| | | 240-356-1566  Fax: 202-223-1879 |
| 27 | | Email:Gpitts@bhb.Com |
| 28 | | |

| | | |
|---|---|---|
| State of Utah<br><br>*Defendant-Intervenor* | Jason DeForest<br>Utah Attorney General's Office<br>350 North State Street, Suite 5110<br>Salt Lake City, UT  84114<br>385-395-9884  Email:Jdeforest@agutah.Gov<br>Kelsie Lynn Last<br>Utah Attorney General's Office<br>5110 State Office Building<br>Salt Lake Cty, UT  84114<br>801-537-9814  Email:Klast@agutah.Gov | |
| Sault Ste. Marie Tribe of Chippewa Indians;<br>Animal Wellness Action;<br>Animal Wellness Foundation;<br>Alliance for Animals;<br>Earthday.Org; Friends of the Wisconsin Wolf & Wildlife; Good Wolf; League of Humane Voters – Wisconsin; National Wolfwatcher Coalition; Plan B for Wolves; SPCA International; The Center for a Humane Economy; The 06 Legacy; Wisconsin Wolf Front United; Wolf Patrol<br><br>*Amicus* | Jeffrey Rasmussen<br>Patterson Earnhart Real Bird Wilson LLP<br>1900 Plaza Drive  United Sta<br>Louisville, CO  80027<br>303-926-5292  Fax: 303-926-5293<br>Email:Jrasmussen@nativelawgroup.Com<br><br>Jeremy Joseph Patterson<br>Patterson Earnhart Real Bird and Wilson LLP<br>1900 Plaza Drive  United Sta<br>Louisville, CO  80027<br>303-926-5292  Fax: 303-926-5293<br>Email:Jpatterson@nativelawgroup.Com<br><br>Paul Pickering Spaulding , III<br>Shartsis Friese LLP<br>One Maritime Plaza, 18th Floor<br>San Francisco, CA  94111<br>(415) 421-6500  Email:Sspaulding@sflaw.Com<br><br>Sanjeet Sham Ganjam<br>Shartsis Friese LLP<br>One Maritime Plaza, 18th Floor<br>San Francisco, CA  94111<br>(415) 421-6500  Fax: (415) 421-2922<br>Email:Sganjam@sflaw.Com<br><br>Suzanne Spaulding Orza<br>Shartsis Friese LLP<br>One Maritime Plaza, 18th Floor<br>San Francisco, CA  94111<br>(415) 421-6500  Fax: (415) 421-2922<br>Email:Sorza@sflaw.Com | |
| Red Cliff Band of Lake Superior Chippewa Indians<br><br>*Amicus* | Andrew Adams<br>Hogen Adams PLLC<br>1935 County Rd B2 W. Suite 460<br>St Paul, MN  55113<br>651-842-9100  Email:Aadams@hogenadams.Com<br><br>Deborah Ann Sivas<br>Environmental Law Clinic | |

| | | |
|---|---|---|
| 1 | | Mills Legal Clinic At Stanford Law School  Crown Quadrangle  559 Nathan Abbott Way |
| 2 | | Stanford, CA  94305-8610 (650) 723-0325  Fax: (650) 723-4426 |
| 3 | | Email:Dsivas@stanford.Edu |
| 4 | Hunter Nation | Lane Ruhland Ruhland Law and Strategy, LLC |
| 5 | *Amicus* | 215 S Century Avenue  Number 198 Waunakee, WI  53597 |
| 6 | | 608-434-1497  Email:Lane@ruhlandlaw.Com |
| 7 | | George M. Lee Seiler Epstein LLP |
| 8 | | 275 Battery Street Suite 1600 San Francisco, CA  94111 |
| 9 | | 415-979-0500  Fax: 415-979-0511 Email:Gml@seilerepstein.Com |

**Representation List: 4:21-cv-561-JSW**

| | | |
|---|---|---|
| | Natural Resources Defense Council, *Plaintiff.* | Jared Eldridge Knicley 1152 15th St. NW, Suite 300 Washington, DC 20005 202-513-6242 Email: jknicley@nrdc.org |
| | | Katherine K Desormeau Natural Resources Defense Council 111 Sutter Street, 21st floor San Francisco, CA 94104 415-875-6158 Email: kdesormeau@nrdc.org |
| | | Francis William Sturges , Jr. Natural Resources Defense Council 20 N. Wacker Dr. Chicago, IL 60606 312-847-6807 Email: fsturges@nrdc.org |
| | United States Department of the Interior; United States Fish and Wildlife Service *Defendants* | Michael Richard Eitel U.S. Department of Justice Environment And Natural Resources Division Wildlife And Marine Resources Section 999 18th Street, South Terrace 370 Denver, CO  80202 303-844-1479  Fax: 303-844-1350 Email:Michael.Eitel@usdoj.Gov |

| | | |
|---|---|---|
| 1 2 3 | American Farm Bureau Federation; American Forest Resource Council; American Sheep Industry Association; National Cattlemen's Beef Association; Public Lands Council | Karma Barsam Brown<br>Hunton Andrews Kurth LLP<br>2200 Pennsylvania Avenue, N.W.<br>Washington, DC  20037<br>202-955-1893  Email:Kbbrown@huntonak.Com |
| 4 5 6 | *Amicus Curaie* | Marguerite Clare Ellis<br>Hunton Andrews Kurth LLP<br>50 California Street, Suite 1700<br>San Francisco, CA  94111<br>(415) 975-3708  Fax: (415) 975-3701<br>Email:Cellis@huntonak.Com |
| 7 8 9 10 | National Rifle Association of America<br><br>*Defendant-Intervenor* | Stanford H. Atwood , Jr.<br>Atwood & Associates<br>750 University Avenue Suite 130<br>Los Gatos, CA  95032<br>(408) 395-5503  Fax: (408) 395-5519<br>Email:Stanford@atwoodlaw.Net |
| 11 12 13 | | Hadan W Hatch<br>National Rifle Association<br>Office Of Litigation Counsel  11250 Waples Mill Road<br>Fairfax, VA  22030<br>703-267-1161  Fax: 703-267-3976<br>Email:Hhatch@nrahq.Org |
| 14 15 16 | | Michael T Jean<br>11250 Waples Mill Road  United Sta<br>Fairfax, VA  22030<br>(703) 267-1158  Email:Mjean@nrahq.Org |
| 17 18 19 20 | Safari Club International<br><br>*Defendant-Intervenor* | Jeremy Evan Clare<br>Safari Club International<br>501 2nd St Ne  United Sta<br>Washington, DC  20002<br>202-609-8179  Fax: 202-403-2244<br>Email:Jclare@safariclub.Org |
| 21 22 23 | | Regina Lennox<br>Safari Club International<br>501 2nd St Ne<br>Washington, DC  20002<br>202-309-7862  Email:Rlennox@safariclub.Org |
| 24 25 26 | Sportsmens Alliance Foundation; Rocky Mountain Elk Foundation; Wisconsin Bear Hunters Association; Michigan Bear Hunters Association | James Hardwick Lister<br>Birch Horton Bittner and Cherot<br>1100 Connecticut Avenue, Nw Suite 825<br>Washington, DC  20036<br>202-659-5800  Email:Jlister@bhb.Com |
| 27 28 | *Amicus Curiae* | Jonathan David Wolf<br>Berliner Cohen<br>10 Almaden Blvd. Suite1100 |

| | | |
|---|---|---|
| 1 | | San Jose, CA  95113-2233 |
| 2 | | 408-286-5800  Fax: 408-998-5388<br>Email:Jonathan.Wolf@berliner.Com |
| 3 | | Angela Hoffman Shaw<br>Berliner Cohen, LLP |
| 4 | | 10 Almaden Blvd.  Ste. 1100<br>San Jose, CA  95113 |
| 5 | | (408) 286-5800  Fax: (408) 998-5388<br>Email:Angela.Shaw@berliner.Com |
| 6 | | |
| 7 | | George Richard Pitts<br>Rubin and Rudman, LLP |
| 8 | | 800 Connecticut Avenue, Nw Suite 400  Washington<br>Washington, DC  20006 |
| 9 | | 240-356-1566  Fax: 202-223-1879<br>Email:Gpitts@bhb.Com |
| 10 | State of Utah | Jason DeForest<br>Utah Attorney General's Office |
| 11 | *Defendant-Intervenor* | 350 North State Street, Suite 5110<br>Salt Lake City, UT  84114 |
| 12 | | 385-395-9884  Email:Jdeforest@agutah.Gov<br>Kelsie Lynn Last |
| 13 | | Utah Attorney General's Office<br>5110 State Office Building |
| 14 | | Salt Lake Cty, UT  84114<br>801-537-9814  Email:Klast@agutah.Gov |
| 15 | | |
| 16 | Sault Ste. Marie Tribe of<br>Chippewa Indians; | Jeffrey Rasmussen<br>Patterson Earnhart Real Bird Wilson LLP |
| 17 | Animal Wellness Action;<br>Animal Wellness Foundation; | 1900 Plaza Drive  United Sta<br>Louisville, CO  80027 |
| 18 | Alliance for Animals;<br>Earthday.Org; Friends of the | 303-926-5292  Fax: 303-926-5293<br>Email:Jrasmussen@nativelawgroup.Com |
| 19 | Wisconsin Wolf & Wildlife; Good<br>Wolf; League of Humane Voters – | Jeremy Joseph Patterson |
| 20 | Wisconsin; National Wolfwatcher<br>Coalition; Plan B for Wolves; | Patterson Earnhart Real Bird and Wilson LLP<br>1900 Plaza Drive  United Sta |
| 21 | SPCA International; The Center<br>for a Humane Economy; The 06 | Louisville, CO  80027<br>303-926-5292  Fax: 303-926-5293 |
| 22 | Legacy; Wisconsin Wolf Front<br>United; Wolf Patrol | Email:Jpatterson@nativelawgroup.Com |
| 23 | *Amicus* | Paul Pickering Spaulding , III<br>Shartsis Friese LLP |
| 24 | | One Maritime Plaza, 18th Floor<br>San Francisco, CA  94111 |
| 25 | | (415) 421-6500  Email:Sspaulding@sflaw.Com |
| 26 | | Sanjeet Sham Ganjam |
| 27 | | Shartsis Friese LLP<br>One Maritime Plaza, 18th Floor |
| 28 | | San Francisco, CA  94111 |

| | | |
|---|---|---|
| 1 | | (415) 421-6500  Fax: (415) 421-2922<br>Email:Sganjam@sflaw.Com |
| 2 | | Suzanne Spaulding Orza<br>Shartsis Friese LLP |
| 3 | | One Maritime Plaza, 18th Floor<br>San Francisco, CA  94111 |
| 4 | | (415) 421-6500  Fax: (415) 421-2922<br>Email:Sorza@sflaw.Com |
| 5 | | |
| 6 | Red Cliff Band of Lake Superior Chippewa Indians | Andrew Adams<br>Hogen Adams PLLC<br>1935 County Rd B2 W. Suite 460 |
| 7 | *Amicus* | St Paul, MN  55113<br>651-842-9100  Email:Aadams@hogenadams.Com |
| 8 | | |
| 9 | | Deborah Ann Sivas<br>Environmental Law Clinic |
| 10 | | Mills Legal Clinic At Stanford Law School  Crown Quadrangle  559 Nathan Abbott Way |
| 11 | | Stanford, CA  94305-8610<br>(650) 723-0325  Fax: (650) 723-4426 |
| 12 | | Email:Dsivas@stanford.Edu |
| 13 | Hunter Nation | Lane Ruhland<br>Ruhland Law and Strategy, LLC |
| 14 | *Amicus* | 215 S Century Avenue  Number 198<br>Waunakee, WI  53597 |
| 15 | | 608-434-1497  Email:Lane@ruhlandlaw.Com |
| 16 | | George M. Lee<br>Seiler Epstein LLP |
| 17 | | 275 Battery Street Suite 1600<br>San Francisco, CA  94111 |
| 18 | | 415-979-0500  Fax: 415-979-0511<br>Email:Gml@seilerepstein.Com |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | DATED: April 25, 2022 | TODD KIM, Assistant Attorney General<br>SETH M. BARSKY, Section Chief |
| 23 | | MEREDITH L. FLAX, Assistant Section Chief |
| 24 | | */s/ Michael R. Eitel* |
| 25 | | MICHAEL R. EITEL, Senior Trial Attorney<br>U.S. Department of Justice |
| 26 | | Environment & Natural Resources Division<br>Wildlife & Marine Resources Section |
| 27 | | 999 18th Street, South Terrace 370<br>Denver, Colorado 80202 |
| 28 | | |

Phone: (303) 844-1479 / Fax: (303) 844-1375
Email: Michael.Eitel@usdoj.gov

OF COUNSEL:

KRISTEN BYRNES FLOOM
U.S. Department of the Interior
Office of the Solicitor

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEFENDERS OF WILDLIFE, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>U.S. FISH AND WILDLIFE SERVICE, et al.,<br><br>　　　　Defendants. | Case No. 4:21-cv-00344-JSW<br>　　　　4:21-cv-00349-JSW<br>　　　　4:21-cv-00561-JSW |
| WILDEARTH GUARDIANS, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>DEBRA HAALAND, U.S. SECRETARY OF THE INTERIOR, et al.,<br><br>　　　　Defendants. | **CERTIFICATE OF SERVICE** |
| NATURAL RESOURCES DEFENSE COUNCIL, INC.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>UNITED STATES DEPARTMENT OF THE INTERIOR, et al.,<br><br>　　　　Defendants. | |

　　I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such to the attorneys of record.

　　　　　　　　　　　　　　　　　　　　／s／ *Michael R. Eitel*
　　　　　　　　　　　　　　　　　　　　MICHAEL R. EITEL

Fed. Defs. Rep Statement
Case Nos. 4:21-cv-344, 4:21-cv-349, 4:21-cv-561　　　　　　　　　　　　　　　　　　13