ANTHONY L. RAMPTON (Utah Bar #2681) (*pro hac vice*)
KATHY A.F. DAVIS (Utah Bar #4022) (*pro hac vice*)
JASON DEFOREST (Utah Bar # 14628) (*pro hac vice*)
Assistant Attorneys General
SEAN D. REYES (Utah Bar #7969)
Utah Attorney General
5110 State Office Building
P.O. Box 142477
Salt Lake City, UT 84114-4277
Tel: (801) 537-9801
arampton@agutah.gov
kathydavis@agutah.gov
jdeforest@agutah.gov

*Attorneys for Intervenor-Defendant State of Utah*

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
## OAKLAND DIVISION

| | |
|---|---|
| DEFENDERS OF WILDLIFE *et al.*, | Case No. 4:21-cv-00344-JSW |
|    *Plaintiffs,* | |
| | Related Cases: |
| v. | 4:21-cv-00349-JSW |
| | 4:21-cv-00561-JSW |
| DEBRA HAALAND, *et al.*, | |
|    *Defendants,* | **NOTICE OF NO TRANSCRIPTS ORDERED BY STATE OF UTAH** |
| NATIONAL RIFLE ASSOCIATION OF AMERICA, *et al.*; | |
| | Honorable Judge Jeffery S. White |
|    *Defendant-Intervenors, and* | |
| STATE OF UTAH | |
|    *Defendant-Intervenor.* | |

Pursuant to Ninth Circuit Rule 10-3.1(c), Defendant-Intervenor-Appellant State of Utah notifies the Court that the Parties agree that no transcripts are necessary for Appeals Nos. 22-15532; 22-15535; and 22-15537, and no transcripts will be ordered.

DATED this 11th day of May, 2022.

/s/ _Jason DeForest_____
Anthony Rampton
Jason Deforest
*Attorneys for State of Utah*

**CERTIFICATE OF SERVICE**

I hereby certify that on May 11, 2022, I caused the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system, which will serve all counsel of record.


DATED this 11th day of May, 2022.


/s/  Jason DeForest_____
Anthony Rampton
Jason Deforest
*Attorneys for State of Utah*